UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS
Case No. 19-61623-CIV-DIMITROULEAS
Case No. 20-60303-CIV-DIMITROULEAS
Case No. 20-60306-CIV-DIMITROULEAS
Case No. 20-60307-CIV-DIMITROULEAS
Case No. 20-60308-CIV-DIMITROULEAS
Case No. 20-60310-CIV-DIMITROULEAS
Case No. 20-60311-CIV-DIMITROULEAS
Case No. 20-60317-CIV-DIMITROULEAS
Case No. 20-60319-CIV-DIMITROULEAS
Case No. 20-60322-CIV-DIMITROULEAS
Case No. 20-60325-CIV-DIMITROULEAS
Case No. 20-60326-CIV-DIMITROULEAS
Case No. 20-60327-CIV-DIMITROULEAS
Case No. 20-60328-CIV-DIMITROULEAS
Case No. 20-60330-CIV-DIMITROULEAS
Case No. 20-60331-CIV-DIMITROULEAS
Case No. 20-60332-CIV-DIMITROULEAS
Case No. 20-60333-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

## AMENDED[1] ORDER GRANTING MOTIONS TO CONSOLIDATE
## FOR PRETRIAL PROCEEDINGS

THIS CAUSE is before the Court upon Defendant United States of America's Motions to Consolidate for Pretrial Proceedings, which were filed on March 27, 2020 in each of the case numbers listed above. The Court has carefully considered the Motions, notes that Plaintiffs do not oppose the Defendant's request, and is otherwise fully advised in the premises.

Defendant requests that the Court to consolidate Case No. 18-62758-CIV-DIMITROULEAS, Case No. 19-61623-CIV-DIMITROULEAS, Case No. 20-60303-CIV-

---

[1] Amended only to add case no. 20-60331-civ-Dimitrouleas to the list of cases being consolidated.

DIMITROULEAS, Case No. 20-60306-CIV-DIMITROULEAS, Case No. 20-60307-CIV-DIMITROULEAS, Case No. 20-60308-CIV-DIMITROULEAS, Case No. 20-60310-CIV-DIMITROULEAS, Case No. 20-60311-CIV-DIMITROULEAS, Case No. 20-60317-CIV-DIMITROULEAS, Case No. 20-60319-CIV-DIMITROULEAS, Case No. 20-60322-CIV-DIMITROULEAS, Case No. 20-60325-CIV-DIMITROULEAS, Case No. 20-60326-CIV-DIMITROULEAS, Case No. 20-60327-CIV-DIMITROULEAS, Case No. 20-60328-CIV-DIMITROULEAS, Case No. 20-60330-CIV-DIMITROULEAS, Case No. 20-60331-CIV-DIMITROULEAS, Case No. 20-60332-CIV-DIMITROULEAS, and Case No. 20-60333-CIV-DIMITROULEAS, pursuant to Rule 42, Fed. R. Civ. P., for pretrial proceedings involving the government's liability.

Accordingly, having found that consolidation of these cases for pretrial proceedings is appropriate; it is **ORDERED AND ADJUDGED** as follows:

1. The Motions to Consolidate for Pretrial Proceedings filed in each of the above-listed cases are **GRANTED**.

2. Case No. 18-62758-CIV-DIMITROULEAS, Case No. 19-61623-CIV-DIMITROULEAS[2], Case No. 20-60303-CIV-DIMITROULEAS, Case No. 20-60306-CIV-DIMITROULEAS, Case No. 20-60307-CIV-DIMITROULEAS, Case No. 20-60308-CIV-DIMITROULEAS, Case No. 20-60310-CIV-DIMITROULEAS, Case No. 20-60311-CIV-DIMITROULEAS, Case No. 20-60317-CIV-DIMITROULEAS, Case No. 20-60319-CIV-DIMITROULEAS, Case No. 20-60322-CIV-DIMITROULEAS, Case No. 20-60325-CIV-DIMITROULEAS, Case No. 20-60326-CIV-

---

[2] Previously consolidated on July 30, 2019.

DIMITROULEAS, Case No. 20-60327-CIV-DIMITROULEAS, Case No. 20-60328-CIV-DIMITROULEAS, Case No. 20-60330-CIV-DIMITROULEAS, Case No. 20-60331-CIV-DIMITROULEAS; Case No. 20-60332-CIV-DIMITROULEAS, and Case No. 20-60333-CIV-DIMITROULEAS are hereby **CONSOLIDATED** for pretrial proceedings involving the government's liability, including but not limited to dispositive motions and discovery.

3. The United States shall have fourteen days from the date of consolidation to respond to the Consolidated Verified Amended Complaint, filed on March 26, 2020. The United States' response shall be binding as to the additional complaints.

4. All stipulations and Orders previously entered in the Guttenberg and Schentrup consolidated action are hereby extended to each of the other actions. Any subsequent discovery, if permitted, shall be jointly completed by the parties in a manner consistent with the Court's consolidation orders.

5. All pleadings and papers shall be filed in Case No. 18-CIV-62758-WPD and shall henceforth bear the new consolidated caption set forth by the Court on page 1 of this Order.

6. The following cases shall be **ADMINISTRATIVELY CLOSED** during pretrial proceedings:

    Case No. 19-61623-CIV-DIMITROULEAS
    Case No. 20-60303-CIV-DIMITROULEAS
    Case No. 20-60306-CIV-DIMITROULEAS
    Case No. 20-60307-CIV-DIMITROULEAS
    Case No. 20-60308-CIV-DIMITROULEAS
    Case No. 20-60310-CIV-DIMITROULEAS
    Case No. 20-60311-CIV-DIMITROULEAS
    Case No. 20-60317-CIV-DIMITROULEAS
    Case No. 20-60319-CIV-DIMITROULEAS
    Case No. 20-60322-CIV-DIMITROULEAS

       Case No. 20-60325-CIV-DIMITROULEAS
       Case No. 20-60326-CIV-DIMITROULEAS
       Case No. 20-60327-CIV-DIMITROULEAS
       Case No. 20-60328-CIV-DIMITROULEAS
       Case No. 20-60330-CIV-DIMITROULEAS
       Case No. 20-60331-CIV-DIMITROULEAS
       Case No. 20-60332-CIV-DIMITROULEAS
       Case No. 20-60333-CIV-DIMITROULEAS

Any documents filed in the administratively closed cases in the future shall be **automatically stricken**.

7. The Clerk shall place a copy of this Order in each of the following cases, thereby indicating that the cases have been consolidated for pretrial proceedings:

       Case No. 18-62758-CIV-DIMITROULEAS
       Case No. 19-61623-CIV-DIMITROULEAS
       Case No. 20-60303-CIV-DIMITROULEAS
       Case No. 20-60306-CIV-DIMITROULEAS
       Case No. 20-60307-CIV-DIMITROULEAS
       Case No. 20-60308-CIV-DIMITROULEAS
       Case No. 20-60310-CIV-DIMITROULEAS
       Case No. 20-60311-CIV-DIMITROULEAS
       Case No. 20-60317-CIV-DIMITROULEAS
       Case No. 20-60319-CIV-DIMITROULEAS
       Case No. 20-60322-CIV-DIMITROULEAS
       Case No. 20-60325-CIV-DIMITROULEAS
       Case No. 20-60326-CIV-DIMITROULEAS
       Case No. 20-60327-CIV-DIMITROULEAS
       Case No. 20-60328-CIV-DIMITROULEAS
       Case No. 20-60330-CIV-DIMITROULEAS
       Case No. 20-60331-CIV-DIMITROULEAS
       Case No. 20-60332-CIV-DIMITROULEAS
       Case No. 20-60333-CIV-DIMITROULEAS

**DONE and ORDERED** in Chambers, Ft. Lauderdale, Broward County, Florida, this 8th day of April, 2020.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record