IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

**CASE NO**:  CACE-19-80000 (26)

**JUDGE**:  PATTI ENGLANDER HENNING

IN RE:  MAJORY STONEMAN DOUGLAS CASES

Pertains To:  All Cases

_____/

**STATE ATTORNEY'S NOTICE OF OBJECTION TO SUBPOENA FOR PRODUCTION
OF DOCUMENTS BY A NON-PARTY AND MOTION TO QUASH SUBPOENA DUCES
TECUM AND/OR FOR PROTECTIVE ORDER**

      **MICHAEL J. SATZ,** State Attorney of the Seventeenth Judicial Circuit in and for

Broward County, Florida, by and through the undersigned Assistant State Attorney, hereby

moves this Honorable Court to quash the subpoena for production of documents by a non-party

pursuant to Fla.R.Civ.P. 1.410 and/or for a protective order pursuant to Fla.R.Civ.P. 1.280.

Additionally, the Movant files this notice of objection to subpoena for production of documents

by a non-party pursuant to Fla.R.Civ.P. 1.351.  As grounds for these motions, Movant would

show the following:

      1.  Plaintiffs, by and through counsels Manuel A. Arteaga-Gomez and Andrew B. Yaffa,

have attempted to circumvent public records law and Article 1, section 16 of the Florida

Constitution (Marsy's Law) by issuing a subpoena duces tecum without testimony to the

Broward County State Attorney's Office.  The subpoena was obtained absent any showing to this

Court as to why Plaintiffs should be allowed to force the Movant to relinquish approximately

fifteen thousand (15,000) of pages of un-redacted discovery thereby allowing, with no restriction,

exempt and/or confidential material to become public record.   The Movant, therefore,

1

respectfully asks this Honorable Court to enforce both public records law and Article 1, section 16 of the Florida Constitution by either quashing the subpoena or issuing a protective order pursuant to Florida Rule of Civil Procedure 1.280.

2.   On August 18, 2020, Plaintiffs through Alex Arteaga-Gomez, Esq., made a public records request via email to the State Attorney's Office, 17th Circuit.  Plaintiffs asked for:

> Attached is SD 8.[1]  On behalf of the victims with pending civil suits in Broward circuit civil court, we'd like a copy of everything listed in the attached.  I can arrange to have an external drive delivered.  I just need to know the size required.

(Exhibit A, Email Dated August 18, 2020)

3.   In a subsequent email on August 25, 2020, Mr. Gomez clarified/modified his request to the following:

> 1.   We are seeking production of everything listed in SD 8 attached - including all statements, depos, and accompanying exhibits.
>
> 2.   Please let me know if your office will accept affidavits from the victims' attorneys rather than the victims themselves in order to avoid redacting victims' names. With so many victims, it would take me a long time to gather affidavits from all SO+ victims, but I can get attorney affidavits pretty quickly. The attorneys would be certifying that they confirmed with their respective clients that they authorize production of materials without redactions for their names. The attorney affidavits would also specify the particular victims each attorney represents.
>
> 3.   If your office will not accept attorney affidavits, then we will get the materials with redactions for victim names at this time.
>
> 4.   We'd appreciate receiving materials on a rolling basis given the volume. The order of priority for us is:
>
>> 1. School personnel statements and depos (**Please know that the civil depos of Juletta Matlock and Dara Hass are coming up on September 10. If you could please get me those two witness's criminal depos and attached exhibits

---

[1] SD-8 refers to the State's eighth supplemental discovery filing in *State v. Scot Peterson*, case number 19-7166CF10A.   SD-8, attached herein as part of Exhibit A, lists approximately **two hundred eighty-three (283) depositions, witness statements, and reports totaling fifteen thousand twenty-three (15,023) pages.**

ASAP I'd appreciate it tremendously. I will take them with
redactions for victim names at this time.).
2. Police personnel statements and depos
3. Victims and other people's statements and depos

(Exhibit B, Email Dated August 25, 2020)

4.      On September 11, 2020, by email, and on September 15, 2020, by hand-delivery,
the Broward County State Attorney's Office was served with a subpoena duces tecum (without
deposition) for production of:

All documents (including depositions, statements, reports, and exhibits)
listed in the State's Supplemental Discovery (SD-8) in Florida v. Peterson,
Case No. 19-007166CF10A. See attached for a copy of same.

The subpoena also provides the Broward County State Attorney's Office has the right to object to
the production.

5.      Pursuant to Fla.R.Civ.P. 1.280 and Fla.R.Civ.P. 1.351(b), the State Attorney of
the Seventeenth Judicial Circuit formally objects to the subpoena duces tecum without
production issued by Plaintiffs and asks this Honorable Court to either quash the subpoena or
issue a protective order as Plaintiffs are not entitled to an un-redacted copy of State's
Supplemental Discovery (SD-8). *Rameses, Inc. v. Demings*, 29 So.3d 418 (Fla. 5th DCA 2010)
(constitutional right of public access to government records is virtually unfettered save for certain
constitutional and statutory exemptions).

6.      The current posture of *State v. Scot Peterson* reveals that it is an active pending
case. States Supplemental Discovery (SD-8) was sent to Defendant Peterson on June 5, 2020.  As
such and in accordance with public records law, Plaintiffs are entitled to a **redacted** copy of all
records sent in the State's discovery submission. *Rameses*, 29 So.3d at 421.  In other words, once
the material has been made available to a defendant as part of the discovery process in a criminal

3

proceeding, the material is no longer considered to be exempt criminal investigative or criminal intelligence information **unless some other exemption applies**. *Times Pub. Co. v. State*, 903 So.2d 322, 325 (Fla. 2nd DCA 2005).

7.     Pursuant to Fla.R.Civ.P. 1.280, the State Attorney of the Seventeenth Judicial Circuit objects to the subpoena duces tecum based on the fact some of the items sought by Plaintiffs pertain to mental health records which are exempt and confidential pursuant to F.S. § 394.4615(1) and F.S. § 456.057(9)(a).  In addition, the records disclose information that could be used to locate or harass the victims or the victims' families, or which could disclose confidential or privileged information of the victims in contradiction of F.S. 119.071(2)(o) and Article 1, section 16 of the Florida Constitution.  The Movant also objects on the grounds that the production of such a large number of documents in such a short period of time (fifteen (15) days is burdensome and unreasonable.  Based on these reasons, the Office of the State Attorney of the Seventeenth Judicial Circuit moves this Honorable Court to quash the subpoena duces tecum and/or for a protective order. *Dade County Medical Association v. Hlis*, 372 So.2d 117 (Fla. 3d DCA 1979) (noting that subpoena seeking disclosure of confidential information may be quashed, modified, or subject to protective order).

8.     It is clear from a detailed review of the record that this Court, in expressing its concerns about confidentiality and privacy issues, has previously issued carefully structured orders which ensure exempt and confidential documentation in this case will remain out of the public domain.  In that light, the Movant respectfully asks this court to extend its concerns to the documentation requested in Plaintiffs' subpoena duces tecum to the Broward County State Attorney's Office by quashing or modifying the subpoena.

**WHEREFORE**, for the aforementioned reasons, Movant, Michael J. Satz, State Attorney of the Seventeenth Judicial Circuit in and for Broward County, Florida, respectfully requests that this Honorable Court grant Movant's Motion to Quash Subpoena Duces Tecum and/or for a Protective Order based on the authorities cited above.

<div style="margin-left:50%;">

Respectfully submitted,
MICHAEL J. SATZ
State Attorney

/S/ STEVEN A. KLINGER

_____

**STEVEN A. KLINGER**
Assistant State Attorney
Special Administrative Projects
(Fla. Bar No. 444499)
Broward County Courthouse
West Wing
201 SE 6th Street, Suite 01730
Ft. Lauderdale, Florida 33301
Telephone: (954) 831-7913
SKlinger@sao17.state.fl.us

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed and served via the *Florida Courts e-Filing Portal* on this 25th day of September to all Counsel of record on the attached service list.

<div style="margin-left:50%;">

/S/ STEVEN A. KLINGER

_____

**STEVEN A. KLINGER**
Assistant State Attorney

</div>

**SERVICE LIST**

**Counsel for School Board of Broward County**
Eugene K. Pettis, Esq.
Haliczer Pettis & Schwamm, P.A.
One Financial Plaza,
Seventh Floor 100 SE 3rd Avenue
Fort Lauderdale, FL 33394
T: 954-523-9922
service@hpslegal.com

**Counsel for Andrew Medina**
David S. Henry, Esq.
Jordan M. Greenberg, Esq.
Kelley Kronenberg
8201 Peters Road, #4000
Plantation, FL 33324
T: 954-370-9970
igreenberg@kelleykronenberg.com
dhenry@kelleykronenberg.com
vspencer@kelleykronenberg.com

**Counsel Nikolas Cruz**
David A Frankel, Esq.
Law Offices of David A. Frankel, P.A.
4601 Sheridan St., Ste. 213
Hollywood, FL 33021
T: 954-6830300
david@bluelotuslaw.com

Melisa Alice McNeill, Esq.
Public Defenders Office
201 SE 6th Street, Suite 3872
Ft. Lauderdale, FL 33301
mmcneill@browarddefender.org

**Counsel for Broward Sheriff's Office**
David L. Ferguson, Esq.
Seth D. Haimovitch, Esq.
Kopelowitz, Ostrow, Ferguson, et al
One W. Las Olas Blvd., #500
Ft. Lauderdale, FL 33301
T: 954-525-4100
Haimovitch@kolalawyers.com
Ferguson@kolalawyers.com
Marin@kolalawyers.com

**Counsel for Scot Petersen**
Michael Piper, Esq
Christopher J. Stearns, Esq.
Johnson, Anselmo, et al.
2455 East Sunrise Blvd., #1000
Ft. Lauderdale, FL 33304
T: 954-463-0100
piper@jambg.com
cintron@jambg.com
andrews@jambg.com
stearns@jambg.com
lit-assistant@jambg.com

**Counsel for Henderson Behavioral**
Joshua B. Walker, Esq.
Dean, Ringers, Morgan, & Lawton, P.A.
P.O. Box 2928
Orlando, FL 33802
T: 407-422-4310
JWalker@drml-law.com
Danene@drml-law.com
Katie@drml-law.com
Kimberly@drml-law.com
JWinchester@drml-law.com
Judy@drml-law.com

*Counsel for Henderson Behavioral*

**Eric J. Netcher, Esq.**
*Florida Bar No. 106530*
*Walker, Revels, Greninger & Netcher PLLC*
*189 S. Orange Ave., Suite 1830*
*Orlando, Florida 32801*
*407-789-1830*
*enetcher@wrgn-law.com*
*hpaymayesh@wrgn-law.com*

**Co-Counsel for SBBC- A.P.**
CACE 19-001507
**Co-Counsel for SBBC- M. W.**
CACE 19-007272

Anastasia Protopapadakis, Esq.
Gray Robinson, P.A.
333 S.E. 2nd Avenue, #3200
Miami, FL 33131
T: 305-416-6880
*Anastasia.Protopapadakis@Gray-Robinson.com*
*Danieska.Cuarezma@Gray-Robinson.com*
*Lourdes.Federici@Gray-Robinson.com*

**Co-Counsel for SBBC Anthony Borges**
*CACE 18-008568*
**Co-Counsel for SBBC Samantha Fuentes**
*CACE 19-007920*
**Co-Counsel for SBBC Samantha Grady**
*CACE 19-008062*
**Co-Counsel for SBBC Samantha Mayor**
*CACE 19-008071*

*Tom Paradise, Esq.*
*Vernis & Bowling of Broward, P.A.*
*5821 Hollywood Blvd.*
*Hollywood, FL 33021*
*T: 954-927-5330*
*tparadise@florida-law.com*
*agarwood@florida-law.com*

**Co-Counsel for SBBC -Ashley Baez**
CACE 19-007722
**Co-Counsel for SBBC -Isabel Chequer**
CACE 19-007725
**Co-Counsel for SBBC -Stacey Lippel**
CACE 19-007784

Paula Kessler, Esq.
Catri Holton, Esq.
Catri, Holton, Kessler, & Kessler, P.A.
633 S Andrews Ave
Fort Lauderdale, FL 33301
T: 954-463-8593
*pleadingspck@chkklaw.com*
*pleadingssevk@chkklaw.com*
*pleadings@chkklaw.com*

**Co-Counsel for SBBC- Kyle Laman**
CACE 19-007924
**Co-Counsel for SBBC- Williams Olson**
CACE 19-007696
**Co-Counsel for SBBC- Ben Wikander**
CACE 19-007732

Jeffrey Mowers, Esq.
Lewis Brisbois Bisgaard & Smith LLP 110
SE 6th St., Ste. 2600
Fort Lauderdale, FL 33301
T: 954-728-1280
*Jeffrey.mowers@lewisbrisbois.com*
*Ellise.silverberg@lewisbrisbois.com*
*Ftlemaildesig@lewisbrisbois.com*

**Counsel for the Sneads**
James S. Lewis, Esq.
200 SE 6th Street, Suite 301
Fort Lauderdale, FL 33301
T: 954-523-7949
*JimLewisForFlorida@Yahoo.com*

**Counsel for Estate of Jaime Guttenberg**
CACE 19-007720
Dayron Silverio, Esq.
Steven Marks, Esq.
Kristina Infante, Esq.
Podhurst Orseck, P.A.
Sun Trust Int'l Center
One S.E. Third Ave., #2300
Miami, FL 33131
T: 954-463-4346
*smarks@podhurst.com*
*dsilverio@podhurst.com*
*kinfante@podhurst.com*
*jpupo@podhurst.com*
*laja@podhurst.com*

**Counsel for Estate of Alyssa Alhadeff**
CACE 19-008077
**Counsel for Samantha Fuentes**
CACE 19-007920
**Counsel for Samantha Grady**
CACE 19-008062
**Counsel for Kyle Laman**
CACE 19-007924
**Counsel for Samantha Mayor**
CACE 19-008071
Robert W. Kelley, Esq.
Kimberly L. Wald, Esq.
Kelley Uustal
500 N. Federal Highway, Suite 200
Ft. Lauderdale, FL 33301
T: 954-522-6601
*rwk@kulaw.com*
*klw@kulaw.com*

**Counsel for Estate of Linda Cruz**
Jose Manuel Lorenzo, Esq.
2850 S. Douglas Road, Suite 303
Miami, Fl 33134
305-999-5411
*JML@JoseLorenzolaw.com*

Drew Daddono, Esq.
Appointed Rep. for the Estate
1227 N. Franklin Street
Tampa, FL 33602
*drew@anchortrustmanagement.com*

**Counsel for A.P.**
CACE 19-001507
**Counsel for M. W.**
CACE 19-007272
Jay Cohen, Esq.
Cohen, Blostein & Ayala, P.A
One Financial Plaza, Suite 1100
100 S.E. Third Avenue
Ft. Lauderdale, FL 33394
T: 954-449-8700
*kpinedo@jaycohenlaw.com*
*slemineur@jaycohenlaw.com*
*pleadings@jaycohenlaw.com*

**Counsel for Estate of Scott Beigel**
CACE 19-007939
**Counsel for Estate of Joaquin Oliver**
CACE 19-007802
**Counsel for Stacey Lippel**
CACE 19-007784
Michael Haggard, Esq.
Christopher Marlowe, Esq.
The Haggard Law Firm
330 Alhambra Circle – 1ˢᵗ Floor
Coral Gables, FL 33134
T: 305-446-5700
*clm@haggardlawfirm.com*
*mah@haggardlawfirm.com*
*tjm@haggardlawfirm.com*
*nlopez@haggardlawfirm.com*

***Counsel for Anthony Borges***
CACE 18-008568
Alex Arreaza, Esq. Arreaza Law Firm, LLC
320 W. Oakland Park Blvd.
Ft. Lauderdale, FL 33311
T: 954-765-7743
*alex@alexmylawyer.com*

Joel S. Perwin, Esq.
169 E. Flagler Street, #1523
Miami, FL 33131
T: 305-779-6090
*jperwin@perwinlaw.com*

***Counsel for Estate of Meadow Pollack***
CACE 18-009607
***Attorney for Andrew Pollack***
David W. Brill, Esq.
Joseph J. Rinaldi, Jr., Esq.
Michelle Y. Gurian, Esq.
Brill & Rinaldi, The Law Firm
17150 Royal Palm Blvd., #2
Weston, FL 33326
T: 954-876-4344
*david@brillrinaldi.com*
*yamile@brillrinaldi.com*
*joe@brillrinaldi.com*;
*Chelsea@brillrinaldi.com*

***Attorney for Shara Kaplan***
Tracy Considine, Esq.
Tracu Considine, P.A.
Sleiman Parkway, Suite 210
Jacksonville, FL 32216
T: 904-636-9777
*tconsidine@tcjaxlaw.com*

***Counsel for Estate of Alex Schachter***
CACE 19-007723
***Counsel for Estate of Helena Ramsay***
CACE 19-007727
Craig Goldenfarb, Esq.
Spencer Kuvin, Esq.
Law Offices of Craig Goldenfarb, P.A.
1800 South Australian Avenue, 4th Floor West
Palm Beach, FL 33409
T: 561-697-4440
*service@800goldlaw.com*
*skuvin@800goldlaw.com*
*tweir@800goldlaw.com*

***Counsel for Estate of Nicholas Dworet and Alexander Dworet***
CACE 19-007699
Alan Goldfarb, Esq.
Law Offices of Alan Goldfarb
100 Southeast 2nd Street – 45th Floor
Miami, FL 33131
T: 305-371-3111
*agoldfarb@goldfarbpa.com*

Michael Goldfarb, Esq.
Goldfarb Law, P.A,
2800 Ponce de Leon Blvd., #1100
Coral Gables, FL 33134
T: 305-433-3200
*michael@goldfarblaw.com*

***Counsel for William Olson***
CACE 19-007696
John Elliot Leighton, Esq.
Max Panoff, Esq.
Leighton Law, P.A.
1401 Brickell Avenue, #900
Miami, FL 33131
T: 305-347-3151
*John@leightonlaw.com*
*Max@leightonlaw.com*
*Carmen@leightonlaw.com*
*leomarys@leightonlaw.com*

*j*

**Counsel for Ashley Baez**
CACE 19-007722
**Counsel for Isabel Chequer**
CACE 19-007725
**Counsel for Estate of Gina Montalto**
CACE 19-007737
**Counsel for Estate of Peter Wang**
CACE 19-007733

Stuart Z. Grossman, Esq.
Andrew B. Yaffa, Esq.
Manuel Arteaga-Gomez, Esq.
William P. Mulligan, Esq.
Grossman, Roth, Yaffa, Cohen
2525 Ponce de Leon Blvd., #1150
Coral Gables, FL 33134
305-442-8666
szg@grossmanroth.com
aby@grossmanroth.com
aag@grossmanroth.com
wpm@grossmanroth.com

**Counsel for Daniela Menescal**
CACE 19-12884
Patrick W. Lawlor, Esq.
Nicholas A. Marzuk, Esq.
Lawlor & Associates
One Royal Palm Place
1877 S. Federal Highway - #302
Boca Raton, FL 33432
561-372-3500
Pat@pwlawlor.com
Tammy@pwlawlor.com

**Counsel for Estate of Carmen Schentrup**
CACE 19-007736
Robert Stein, Esq.
Jeffrey Tew, Esq.
Rennert Vogel Mandler & Rodriguez
Miami Tower
100 S.E. Second Street, #2900
Miami, FL · 33131
T: 305-577-4177
rstein@rvmrlaw.com
jtew@rvmrlaw.com
dperez@rvmrlaw.com

**Counsel for Benjamin Wikander**
CACE 19-007732
Curtis Miner, Esq.
Patrick Montoya, Esq.
Julie Braman Kane, Esq.
Colson Hicks Eidson
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
T: 305-476-7400
curt@colson.com
Patrick@colson.com
Julie@colson.com

**Counsel for E/O Aaron Feis**
CACE 20-002525
**Counsel for E/O Christopher Hixon**
CACE 20-002527
John B. Patterson
Balkan & Patterson LLP
1877 S. Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone: (561) 750-9191
Facsimile: (561) 750-1574
john@balkanpatterson.com
tiffany@balkanpatterson.com
efile@balkanpatterson.com

# EXHIBIT A

**From:** Alex Arteaga-Gomez <aag@grossmanroth.com>
**Date:** August 18, 2020 at 2:39:19 PM EDT
**To:** SPU - Timothy Donnelly <TDonnelly@sao17.state.fl.us>
**Subject: SD 8, Fla. v. Peterson**

Hi Tim,

Thanks for speaking with me earlier. Attached is SD 8. On behalf of the victims with pending suits in Broward circuit civil court, we'd like a copy of everything listed in the attached. I can arrange to have an external drive delivered. I just need to know the size required.

Thank you and take care,

Alex

**Alex Arteaga-Gomez, Partner**
**Grossman Roth Yaffa Cohen**
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, Florida 33134
**Tel:** 305.442.8666 | **Fax:** 305.779.9556
aag@grossmanroth.com | www.grossmanroth.com

Filing # 108446717 E-Filed 06/05/2020 11:51:05 AM

### IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
### IN AND FOR BROWARD COUNTY, FLORIDA

STATE OF FLORIDA,                     CASE NO.: 19-007166CF10A
     Plaintiff,

                          JUDGE:    MARTIN S. FEIN

vs.

                         STATE'S SUPPLEMENTAL DISCOVERY (SD-8)

SCOT PETERSON,
     Defendant,
_____/

COMES NOW the State of Florida, by and through the undersigned Assistant State

Attorney, and pursuant to the provisions of Rule 3.220(b) and (j), Florida Rules of Criminal

Procedure, as supplement to the State's previous submission of discovery herein, submits the

following material and information:

With regard to tangible papers and/or objects, enclosed with copy of this pleading please

find the following on attached external drive(s):

| Witness Depositions | | |
|---|---|---|
| Aaron, Kevin | Depo 05-23-19 w/Exhibits | 51 pages |
| Allen, Alexandra | Depo 12-20-19 w/Exhibits | 46 pages |
| Alvarez, Victoria | Depo 05-02-19 w/Exhibits | 65 pages |
| Anand, Vishnu | Depo 01-02-20 | 64 pages |
| Anderson, Albert BSO | Depo 02-28-19 w/Exhibit | 40 pages |
| Anton, Richard BSO | Depo 01-31-19 w/Exhibits | 41 pages |
| Arboleda, Ted BSO | Depo 02-28-19 | 24 pages |
| Augusti, David BSO | Depo 10-24-18 | 29 pages |
| Augustus, Justin BSO | Depo 10-24-18 | 52 pages |
| Avila, Geraldine | Depo 04-04-19 | 104 pages |
| Baez, Ashley | Depo 04-04-19 w/Exhibits | 103 pages |
| Baez, Ashley | Depo 04-04-19 w/Exhibits | 103 pages |
| Barrionnuevo, Julian | Depo 08-08-19 w/Exhibit | 67 pages |
| Beauduy, Clover | Depo 12-17-19 Henderson | 74 pages |
| Behan, Brian | Depo 03-07-19 | 26 pages |
| Bellot, Regina | Depo 5-02-19 w/Exhibit | 81 pages |
| Belzer, David | Depo 04-04-19 | 79 pages |
| Blackson, Kirk BSO | Depo 10-24-18 | 19 pages |

State v. Scot Peterson
Case# 19007166CF10A
State's Supplemental Discovery (SD-8)

| | | |
|---|---|---|
| Blanchard, Cameron | Depo 08-29-19 | 30 pages |
| Bogart, Rebecca | Depo 07-11-19 w/Exhibits | 69 pages |
| Boiko, Dr Iouri ME | Depo 01-14-20 | 107 pages |
| Bonilla, Jorge | Depo 03-14-19 | 54 pages |
| Borges, Anthony | Depo 02-07-19 | 54 pages |
| Brighton, Julia | Depo 11-21-19 w/Exhibits | 115 pages |
| Brown, Jonathan BSO | Depo Part 1 03-21-19 w/Exhibits | 103 pages |
| Brown, Jonathan BSO | Depo Part 1 03-21-19 w/Exhibits | 103 pages |
| Brown, Jonathan BSO Revised as of 10-28-19 | Depo Part 1 03-21-19 w/Exhibits | 103 pages |
| Brown, Jonathan BSO | Depo Part 1 03-21-19 | 101 pages |
| Burton, Timothy CSPD | Depo 03-21-19 w/Exhibits | 125 pages |
| Caceres, Roberto BSO | Depo 01-23-20 | 44 pages |
| Caldwell, Chris BSO | Depo 03-21-19 | 55 pages |
| Canales, Frank BSO | Depo 10-22-18 | 41 pages |
| Cantone, Giovanna | Depo 06-06-19 | 48 pages |
| Cantone, Ina | Depo 06-06-19 | 86 pages |
| Capre, Francis CSPD | Depo 01-10-19 w/Exhibit | 65 pages |
| Carbocci, Corey BSO | Depo 01-31-19 w/Exhibits | 42 pages |
| Carrion, Giuliana | Depo 05-30-19 | 78 pages |
| Charla, Leonard BSO | Depo 03-28-19 | 16 pages |
| Chemerinsky, Graciela | Depo 12-12-19 | 38 pages |
| Chequer, Isabel | Depo 1-24-20 w/Exhibits | 64 pages |
| Chisholm, Dallas BSO | Depo 01-31-19 w/Exhibits | 50 pages |
| Cobo, Moises | Depo 07-11-19 | 38 pages |
| Colon, Roberto BSO | Depo 02-28-19 | 39 pages |
| Colton, Justin | Depo 1-2-20 w/Exhibits | 38 pages |
| Cooper, Deborah | Depo 8-22-19 w/Exhibits | 38 pages |
| Crawford, Christian CSPD | Depo 01-17-19 w/Exhibit | 80 pages |
| Crawford, Danielle CSPD  Depo 11-01-18 w/Exhibits  revised as of 10-28-19 | | 48 pages |
| Crawford, Danielle CSPD | Depo 11-01-18 w/Exhibits | 48 pages |
| Crean, Anna | Depo 08-08-19 w/Exhibit | 49 pages |
| Crespo, Gloria BSO | Depo 01-09-20 w/Exhibits | 191 pages |
| Currie, David BSO | Depo 03-05-20 | 35 pages |
| Curtis, Jeffrey BSO | Depo 10-17-19 w/Exhibits | 128 pages |
| Dawkins, Tanesha | Depo 12-17-19 Henderson | 29 pages |
| Dechene, Jack | Depo 08-08-19 w/Exhibits | 61 pages |
| Defroscia, Nicholas | Depo 06-13-19 w/Exhibits | 95 pages |
| Defroscia, Nicholas | Depo 06-13-19 w/Exhibits | 95 pages |
| Degiovanni, Nicholas BSO | Depo 01-31-19 | 31 pages |
| Del Barrio, Anna | Depo 10-25-19 | 65 pages |
| Demartino, Dominick | Depo 7-18-19 w/Exhibit | 60 pages |

2

State v. Scot Peterson
Case# 19007166CF10A
State's Supplemental Discovery (SD-8)

| | | |
|---|---|---|
| Demosthenes, Armand BSO | Depo 02-13-20 | 32 pages |
| Dittman, David CSPD | Depo 01-17-19 w/Exhibit | 72 pages |
| Doriot, Ian  BSO | Depo 02-28-19 | 65 pages |
| Dougherty, Bryan CSPD | Depo 10-31-18 w/Exhibit | 35 pages |
| Douglas, Christopher | Depo 12-17-19 Henderson | 38 pages |
| Dubois, Anthony | Depo 03-12-20 | 34 pages |
| Dubois, Hunter | Depo 03-12-20 | 51 pages |
| Dumornay, Camille | Depo 10-17-19 w/Exhibits | 37 pages |
| Dworet, Alex | Depo 12-19-19 w/Exhibits | 65 pages |
| Dyer, Barbara | Depo of 01-09-20 | 75 pages |
| Edlund, Gregory | Depo 03-07-19 | 38 pages |
| Fahey, Christopher CSPD | Depo 11-01-18 w/Exhibits - revised as of 10-28-19 | 49 pages |
| Fahey, Christopher CSPD | Depo 11-01-18 w/Exhibits | 50 pages |
| Fanti, Kevin | Depo 04-18-19 w/Exhibits | 84 pages |
| Farraj, Ameen | Depo 10-3-19 w/Exhibits | 71 pages |
| Fernandes, Derek CSPD | Depo 11-07-18 w/Exhibits | 47 pages |
| Fitzgerald, Christopher Todd | Depo 10-31-19 w/Exhibit | 43 pages |
| Floyd, Kami | Depo 03-28-19 | 33 pages |
| Forsberg, Kevin BSO | Depo 01-23-20 | 51 pages |
| Foster, Walter BSO | Depo 03-28-19 w/Exhibit | 71 pages |
| Foti, Jason CSPD | Depo 02-28-19 w/Exhibit | 69 pages |
| Frommer, Cliff BSO Crime Scene Depo 10-22-18 w/Exhibit revised as of 10-28-19 | | 25 pages |
| Frommer, Cliff BSO Crime Scene Depo 10-22-18 w/Exhibit | | 26 pages |
| Gabino, Carlos | Depo 03-07-19 | 29 pages |
| Galan, Pam | Depo 02-18-20 | 72 pages |
| Garcia, Anthony | Depo 09-12-19 | 43 pages |
| Garcia, Destiny | Depo 10-24-19 | 28 pages |
| Garcia, Gerard | Depo 05-9-19 | 48 pages |
| Gariepy, Dave CSPD | Depo 01-17-19 w/Exhibit | 54 pages |
| Garnecki, Georgia | Depo 08-22-19 w/Exhibits | 58 pages |
| Gatlin, Julianna | Depo 12-12-19 w/Exhibits | 47 pages |
| Geller, Macey | Depo 11-09-18 w/Exhibit | 75 pages |
| Glascow, David | Depo 03-12-20 | 25 pages |
| Gonzalez, Carmen | Depo 05-09-20 w/Exhibits | 55 pages |
| Goodman, Gary | Depo 06-27-19 w/Exhibit | 64 pages |
| Goodman, Madison | Depo 12-5-19 w/Exhibits | 119 pages |
| Gordon, Lee Michael | Depo 06-06-19 w/Exhibits | 62 pages |
| Gordon, Louis | Depo 06-13-19 w/Exhibits | 50 pages |
| Gordon, Louis | Depo 06-13-19 w/Exhibits | 50 pages |
| Gordon, Louis | Depo w/Exhibit - Copy | 50 pages |
| Grady, Samantha | Depo 9-20-19 | 29 pages |

State v. Scot Peterson
Case# 19007166CF10A
State's Supplemental Discovery (SD-8)

| Greenberg, Sarah | Depo 08-08-19 | 40 pages |
|---|---|---|
| Greene, Kyle | Depo 05-30-19 | 76 pages |
| Gridi, Raziel | Depo 05-30-19 | 43 pages |
| Guarino, Joelle | Depo 01-16-20 w/Exhibit | 160 pages |
| Guarino, Zachary | Depo 10-18-19 | 174 pages |
| Guermes, Alyssa BSO | Depo 11-21-19 w/Exhibit | 49 pages |
| Gustave, Kervens | Depo 07-25-19 w/Exhibit | 69 pages |
| Hamm, Georgette | Depo 02-13-20 w/Exhibits | 91 pages |
| Hass, Dara | Depo 06-27-19 | 53 pages |
| Hass, Dara | Depo 06-27-19 | 53 pages |
| Heath, Larry BSO | Depo 12-05-19 w/Exhibits | 58 pages |
| Heinrich, Jeff | Depo 08-28-19 w/Exhibit | 71 pages |
| Henderson, Joseph | Depo 04-18-19 w/Exhibit | 49 pages |
| Hodgson, Dwight CSPD | Depo 3-21-19 w/Exhibits | 109 pages |
| Iarriccio, Nicholas CSPD | Depo 10-31-18 w/Exhibit | 52 pages |
| Isidore, Jahtehya | Depo 12-19-19 | 32 pages |
| Jacobs, Brittany | Depo 10-25-19 | 57 pages |
| Jacobson, Debra | Depo 03-12-20 | 34 pages |
| Johnson, Steven | Depo 08-01-19 | 72 pages |
| Juntunen, Hank BSO | Depo 02-07-19 w/Exhibit | 35 pages |
| Kabachenko, Marian | Depo 2-27-20 w/Exhibits | 59 pages |
| Karam, Andres | Depo 12-12-19 | 22 pages |
| Katsikis, Anthony | Depo 06-20-19 | 27 pages |
| Kenny, Michael CSPD | Depo 03-28-19 w/Exhibit | 44 pages |
| Kmiotek, Carla CSPD | Depo 11-01-18 w/Exhibit | 25 pages |
| Kmiotek, Carla CSPD revised as of 10-28-19 | Depo 11-01-18 w/Exhibit | 26 pages |
| Kraemer, Dylan | Depo 12-19-19 w/Exhibit | 52 pages |
| Kratz, Michael | Depo 10-25-19 w/Exhibit | 77 pages |
| Krawczyk, Kimberly | Depo 08-22-19 w/Exhibit | 71 pages |
| Lacerra, Gregory BSO | Depo 02-20-20 w/Exhibit | 48 pages |
| Laman, Kyle | Depo 02-27-20 w/Exhibits | 59 pages |
| Lancho, Caridad | Depo 12-17-19 Henderson | 123 pages |
| Lara, David | Depo 05-09-19 | 33 pages |
| Leonard, Michael CKPD | Depo 03-05-20 w/Exhibit | 82 pages |
| Libes, Michael | Depo 07-25-19 w/Exhibit | 41 pages |
| Link, Bruce BSO | Depo 02-07-19 | 29 pages |
| Lippel, Stacey | Depo 02-06-20 w/Exhibits | 56 pages |
| Luthin, Martha | Depo 02-18-20 | 100 pages |
| Lyon, Jamie | Depo 06-27-19 w/Exhibit | 46 pages |
| Maclean, James | Depo 07-25-19 w/Exhibits | 56 pages |
| Magalhaes, Lucas | Depo 06-06-19 w/Exhibit | 72 pages |
| Maldonado, Jenn (Johnathan) | Depo 02-20-20 w/Exhibit | 79 pages |

State v. Scot Peterson
Case# 19007166CF10A
State's Supplemental Discovery (SD-8)

| | | |
|---|---|---|
| Mallak, Craig MEO | Depo 01-13-20 | 106 pages |
| Matienzo, Michael | Depo 09-26-19 | 15 pages |
| Matlock, Juletta | Depo 07-25-19 w/Exhibit | 45 pages |
| Matthew, Chris | Depo 08-15-19 w/Exhibits | 50 pages |
| Mayor, Samantha | Depo 07-25-19 | 28 pages |
| Mazzei, Mindy CSPD | Depo 11-07-18 w/Exhibits | 74 pages |
| Mazzie, Nick CSPD | Depo 01-17-19 w/Exhibit | 53 pages |
| McKenna, Christopher | Depo 06-13-19 w/Exhibits | 52 pages |
| McKenna, Christopher | Depo 06-13-19 w/Exhibits | 52 pages |
| Mekinde, Oluwasey | Depo 10-18-19 w/Exhibits | 49 pages |
| Menescal, Daniella | Depo 08-15-19 w/Exhibits | 52 pages |
| Menke, Joan CSPD | Depo 03-28-19 w/Exhibit | 22 pages |
| Metz, Tim | Depo 10-24-19 w/Exhibits | 60 pages |
| Michalosky, Gary BSO | Depo 11-07-19 | 95 pages |
| Michiotta, Nicoletta | Depo 06-20-19 w/Exhibit | 85 pages |
| Mickow, Robyn | Depo 09-12-19 | 43 pages |
| Miednik, Alexa | Depo 06-20-19 w/Exhibit | 75 pages |
| Miednik, Alexa | Depo 06-20-19 w/Exhibit | 75 pages |
| Mitchell, Logan | Depo 12-20-19 w/Exhibits | 30 pages |
| Mock, Brad CSPD | Depo 11-07-18 w/Exhibits | 87 pages |
| Montgomery, Jennifer BSO | Depo 02-20-20 | 38 pages |
| Monzon, Gilbert CSPD | Depo 11-21-19 w/Exhibit | 59 pages |
| Muhammad, Omar | Depo 02-20-20 w/Exhibits | 42 pages |
| Muvdi, Carlos PLPD | Depo 02-28-19 | 26 pages |
| Myers, Scott CSPD | Depo 03-07-19 w/Exhibit | 79 pages |
| Navratil, Matthew | Depo 12-18-19 | 30 pages |
| Navratil, Matthew | Depo 12-18-19 w/Henderson | 46 pages |
| Nitsch, Kevin BSO | Depo 11-07-19 | 41 pages |
| Olson, William | Depo 12-20-19 w/Exhibits | 41 pages |
| Oprea, Roger | Depo | 36 pages |
| Osbourne, Dr Marlon ME | Depo 12-04-19 | 125 pages |
| Perez, Valerian BSO | Depo 03-28-19 | 31 pages |
| Peterson, Vincent BSO | Depo 11-07-19 | 59 pages |
| Plaska, Dennis BSO | Depo 03-05-20 | 29 pages |
| Podwika, Jeffrey | Depo 05-23-19 | 54 pages |
| Poliard, Kypps BSO Crime Scene Depo 10-22-18 w/Exhibit revised as of 10-28-19 | | 43 pages |
| Poliard, Kypps BSO Crime Scene Depo 10-22-18 w/Exhibit | | 44 pages |
| Porter, Paul BSO | Depo 02-06-20 | 43 pages |
| Poznanski, Anna-Leah | Depo 01-02-20 w/Exhibits | 44 pages |
| Pupo, Gabriel | Depo 06-27-19 w/Exhibit | 36 pages |
| Quitoni, Jessica Appel | Depo 03-07-19 | 66 pages |
| Ramnanan, Sanjana | Depo 12-05-19 | 59 pages |

State v. Scot Peterson
Case# 19007166CF10A
State's Supplemental Discovery (SD-8)

| | | |
|---|---|---|
| Rennie, Sandra | Depo 09-26-19 w/Exhibits | 155 pages |
| Reoven, Ronit | Depo 06-13-19 | 58 pages |
| REVISED TRANSCRIPT - Scott, Zachary BSO Depo 12-12-19 | | 73 pages |
| Reynolds, Phillip | Depo 11-07-19 | 100 pages |
| Ricard, Reid | Depo 06-27-19 | 44 pages |
| Robinson, Dr Stephen ME | Depo 01-15-20 | 62 pages |
| Robson, Steve BSO revised as of 10-28-19 | Depo 10-29-18 w/Exhibits | 94 pages |
| Robson, Steve BSO | Depo 10-29-18 w/Exhibits | 96 pages |
| Rodriguez, Eric BSO | Depo 01-30-20 w/Exhibits | 45 pages |
| Rodriguez, Justo | Depo 12-18-19 | 203 pages |
| Rollins, Caroline | Depo 01-09-20 w/Exhibits | 44 pages |
| Roque, Nuno BSO | Depo 02-06-20 | 51 pages |
| Rospierski, Ernest | Depo 9-12-19 w/Exhibit | 56 pages |
| Rugeles, Carlos | Depo 10-31-19 | 44 pages |
| Sanchez, Regina | Depo 12-05-19 w/Exhibit | 54 pages |
| Satar, Matthew | Depo 01-2-20 w/Exhibits | 38 pages |
| Schamis, Ivy | Depo 10-03-19 w/Exhibits | 81 pages |
| Schmidt, George CSPD | Depo 11-07-18 w/Exhibits | 104 pages |
| SchwartzHalibi, Nora BSO | Depo 02-06-20 | 49 pages |
| Scott, Zachary BSO | Depo 12-12-19 | 73 pages |
| Sepot, Michael MGPD | Depo 10-29-18 w/Exhibit | 34 pages |
| Shapiro, Julie | Depo 12-18-19 | 20 pages |
| Shapiro, Julie Henderson | Depo 12-18-19 w INDEX | 33 pages |
| Sneed, Dr Wendolyn ME | Depo 12-04-19 | 146 pages |
| Snyder, Madelyn | Depo 09-26-19 w/Exhibits | 92 pages |
| Swinson, Christian | Depo 08-29-19 w/Exhibit | 48 pages |
| Taylor, David | Depo 08-01-19 | 118 pages |
| Torok, Joe BSO Crime Scene | Depo 10-22-18 w/Exhibits | 99 pages |
| Tutler, Bryan BSO | Depo 01-30-20 | 48 pages |
| Valentin, Genesis | Depo 02-27-20 w/Exhibits | 45 pages |
| Walker, Matthew | Depo 12-12-19 w/Exhibits | 94 pages |
| Walsh, Eric CSPD | Depo 01-16-20 w/Exhibit | 55 pages |
| Wilford, John | Depo 02-03-20 w/Exhibits | 49 pages |
| Wilford, Madeleine | Depo 02-03-20 | 29 pages |
| Wilkins, Bryan CSPD | Depo 11-21-19 w/Exhibit | 85 pages |
| Williams, Clint BSO | Depo 11-20-19 w/Exhibit | 114 pages |
| Willis, Joshua BSO | Depo 10-30-18 | 25 pages |
| Wirth, Christopher | Depo 07-11-19 w/Exhibit | 40 pages |
| Wolcott, Marshall BSO | Depo 03-05-20 | 44 pages |
| Woodward, Kimberly BSO | Depo 02-13-20 | 32 pages |
| Zamora, Erick BSO | Depo 10-24-18 w/Exhibits | 108 pages |

State v. Scot Peterson
Case# 19007166CF10A
State's Supplemental Discovery (SD-8)

| Zechinni, Laura | Depo 10-03-19 w/Exhibits | 77 pages |
|---|---|---|
| | | |

| Additional Witness Statements | | |
|---|---|---|
| Bennight, Benjamin | 5-31-2018 | 4 pages |
| Blaine, Katherine | 2-17-2018 | 6 pages |
| Bonner, Elliot | 6-6-2018 | 3 pages |
| Bonner, Elliot | 5-31-2018 | 9 pages |
| Bonner, Elliot | 9-5-2018 | 35 pages |
| Bonner, Elliot | 8-8-2019 | 138 pages civil depo |
| Bonner, Elliot | Exhibits/civil depo | 6 pages |
| Borges, Anthony | 2-28-2018 | 5 pages |
| Brenner, Emily | 2-15-2018 | 48 pages |
| Brown, Alexandra | 4-24-2018 | 6 pages |
| Brussels, Myles | 2-14-2018 | 4 pages |
| Butler, Alfred | 4-27-2018 | 19 pages |
| Cruz, Zachary | 2-14-2018 | 80 pages |
| Cruz, Zachary | 2-24-2018 | 40 pages |
| Cruz, Zachary | 2-24-2018 | 105 pages |
| Cruz, Zachary | 2-14-2018 | 41 pages |
| Garnecki, Georgia | 2-15-2018 | 4 pages |
| Gilmartin, Angelica | 2-15-2018 | 43 pages |
| Goodman, Madison | 2-14-2018 | 9 pages |
| Guarino, Joelle | 2-17-2018 | 5 pages |
| Halahan, Vanessa | 3-9-2018 | 4 pages |
| Hamel Theall, Mary | 2-15-2018 | 8 pages |
| Hamel, Mary | 7-3-2018 | 97 pages |
| Hassan, Ali | 2-27-2018 | 2 pages |
| Hernandez, Kevin | 3-9-2018 | 6 pages |
| Johnson, Steven | 8-24-2018 | 40 pages |
| Karam, Andres Alfonso | 2-15-2018 | 3 pages |
| Katsikis, Anthony | 2-16-2018 | 3 pages |
| Krawczyk, Kimberly | 2-22-2018 | 11 pages |
| Lazarus, Zipora | 2-21-2018 | 7 pages |
| Mangapuram, Kheshava | 2-15-2018 | 8 pages |
| McCaskill, Charles | 12-17-2019 | 4 pages |
| Morford, Jeffrey Civil Depo | 6-27-2019 part 1 | 130 pages |
| Morford, Jeffrey Civil Depo | 10-24-2019 part 2 | 96 pages |
| Morford, Jeffrey Civil Depo | Exhibits | 13 pages |
| Morford, Jeffrey Commission | 8-22-2018 | 50 pages |
| Nigro, David | 3-27-2018 | 3 pages |
| Podwika, Kim | 5-29-2019 | 11 pages |

7

**State v. Scot Peterson**
**Case# 19007166CF10A**
**State's Supplemental Discovery (SD-8)**

| | | |
|---|---|---|
| Porter, Winfred Commission | 9-25-2018 | 17 pages |
| Poznanski, Anna-Leah | 2-15-2018 | 7 pages |
| Rosario, Maximo | 4-13-2018 | 10 pages |
| Rowars, Deborah | 2-22-2018 | 3 pages |
| Snead, James | 10-16-2019 | 4 pages |
| Taylor, David Civil Depo | 9-26-2019 | 185 pages |
| Taylor, David Civil Depo Exhibits | 9-26-2019 | 9 pages |
| Treijs, Guntis | 2-16-2018 | 15 pages |
| Trollinger, Ryan | 2-15-2018 | 31 pages |
| West, Tyler | 1-22-2020 | 8 pages |

| Additional Reports | | |
|---|---|---|
| FBI reports and notes | Serial 155 | 23 pages |
| FBI Report | Serial 246 | 2 pages |
| FBI Report | Serial 252 | 1 page |
| FBI Report | Serial 177 | 1 page |
| Jack Langley videos | | |

Respectfully submitted,

MICHAEL J. SATZ
State Attorney

By:      Timothy L. Donnelly
Timothy L. Donnelly
Assistant State Attorney
Florida Bar No: 650234
Telephone: 954-831-7858
Email:  courtdocs@sao17.state.fl.us

8

# EXHIBIT B

**SAP - Misty Williams-Bernabe**

| | |
|---|---|
| **From:** | Alex Arteaga-Gomez <aag@grossmanroth.com> |
| **Sent:** | Tuesday, August 25, 2020 2:11 PM |
| **To:** | SAP - Misty Williams-Bernabe |
| **Cc:** | Isabel R. Marino; SPU - Timothy Donnelly; SAP - Raquel Davenport |
| **Subject:** | RE: Public Records Request – Scot Peterson, 19-7166CF10A, PR# 15273 |
| **Attachments:** | FlaVPeterson Depo Index.pdf |

Misty,

Thanks for speaking with me a moment ago. We appreciate the State Attorney's Office's work and responsiveness in this matter.

To sum up what we discussed:

1.  We are seeking production of everything listed in SD 8 attached – including all statements, depos, and accompanying exhibits.

2.  Please let me know if your office will accept affidavits from the victims' attorneys rather than the victims themselves in order to avoid redacting victims' names. With so many victims, it would take me a long time to gather affidavits from all 50+ victims, but I can get attorney affidavits pretty quickly. The attorneys would be certifying that they confirmed with their respective clients that they authorize production of materials without redactions for their names. The attorney affidavits would also specify the particular victims each attorney represents.

3.  If your office will not accept attorney affidavits, then we will get the materials with redactions for victim names at this time.

4.  We'd appreciate receiving materials on a rolling basis given the volume. The order of priority for us is:

    1. School personnel statements and depos (**Please know that the civil depos of Juletta Matlock and Dara Hass are coming up on September 10. If you could please get me those two witness's criminal depos and attached exhibits ASAP I'd appreciate it tremendously. I will take them with redactions for victim names at this time.*).

    2. Police personnel statements and depos

    3. Victims and other people's statements and depos

Please call or email me any time.                    I greatly appreciate your time and assistance.

Best,

Alex