UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS
Case No. 19-61623-CIV-DIMITROULEAS
Case No. 20-60303-CIV-DIMITROULEAS
Case No. 20-60306-CIV-DIMITROULEAS
Case No. 20-60307-CIV-DIMITROULEAS
Case No. 20-60308-CIV-DIMITROULEAS
Case No. 20-60310-CIV-DIMITROULEAS
Case No. 20-60311-CIV-DIMITROULEAS
Case No. 20-60317-CIV-DIMITROULEAS
Case No. 20-60319-CIV-DIMITROULEAS
Case No. 20-60322-CIV-DIMITROULEAS
Case No. 20-60325-CIV-DIMITROULEAS
Case No. 20-60326-CIV-DIMITROULEAS
Case No. 20-60327-CIV-DIMITROULEAS
Case No. 20-60328-CIV-DIMITROULEAS
Case No. 20-60330-CIV-DIMITROULEAS
Case No. 20-60331-CIV-DIMITROULEAS
Case No. 20-60332-CIV-DIMITROULEAS
Case No. 20-60333-CIV-DIMITROULEAS
Case No. 20-60481-CIV-DIMITROULEAS
Case No. 20-60483-CIV-DIMITROULEAS
Case No. 20-61088-CIV-DIMITROULEAS
Case No. 20-61103-CIV-DIMITROULEAS
Case No. 20-61894-CIV-DIMITROULEAS
Case No. 20-61895-CIV-DIMITROULEAS
Case No. 20-61896-CIV-DIMITROULEAS
Case No. 20-61919-CIV-DIMITROULEAS
Case No. 20-62470-CIV-DIMITROULEAS
Case No. 20-62471-CIV-DIMITROULEAS
Case No. 20-62472-CIV-DIMITROULEAS
Case No. 20-62473-CIV-DIMITROULEAS
Case No. 20-62476-CIV-DIMITROULEAS
Case No. 20-62485-CIV-DIMITROULEAS
Case No. 20-62486-CIV-DIMITROULEAS
Case No. 20-62487-CIV-DIMITROULEAS
Case No. 20-62497-CIV-DIMITROULEAS
Case No. 20-62508-CIV-DIMITROULEAS
Case No. 20-62513-CIV-DIMITROULEAS
Case No. 20-62516-CIV-DIMITROULEAS
Case No. 20-62525-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS HIGH
SCHOOL SHOOTING FTCA LITIGATION
_____/

**PLAINTIFF, WILLIAM OLSON'S RULE 26(a)(2)(C)**
**EXPERT WITNESS DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(C), Plaintiff, WILLIAM OLSON, by and through undersigned counsel, in accordance with the Order Setting Trial Date and Discovery Deadlines (D.E. #246) dated November 19, 2020, hereby discloses his list of expert witnesses who may testify on his behalf in the referenced matter as follows:

1. Renato Berger, MD
   All Better Pediatrics Group
   5300 W Hillsboro Blvd #110
   Pompano Beach, FL 33073
   Subject matter: mental and physical injuries of the plaintiff
   Summary of expected testimony: Dr. Berger is a treating pediatrician for the Plaintiff, and it is expected that he will testify that the plaintiff suffered physical and emotional injuries as a result of the shooting. A copy of Dr. Berger's CV is attached hereto.

2. Rudy S. Shrier, LMHC
   7108 Fairway Drive
   Suite 250
   Palm Beach Gardens, FL 33418
   Subject matter: emotional and psychological injuries of plaintiff
   Summary of expected testimony: Mr. Shrier was a treating mental health care provider for the plaintiff. He is expected to testify that the Plaintiff suffered post-traumatic stress disorder (PTSD) and anxiety as a result of the shooting and will require future psychological care.

3. Howard Gelb, MD (see CV attached)
   Gelb Sports Medicine & Orthopedic Center
   9980 Central Park Boulevard N.
   Boca Raton, FL 33428
   Subject matter: physical and emotional injuries of the plaintiff
   Summary of expected testimony: Dr. Gelb was a treating orthopedic surgeon for the plaintiff and is expected to testify that the plaintiff sustained physical and emotional injuries as a result of the shooting. A copy of Dr. Gelb's CV is attached hereto.

4. Meredith Chadeayne, LCSW (see CV attached)
   Appleton Clinic
   2499 Glades Rd, Suite 110
   Boca Raton, FL 33431
   Subject matter: Emotional and psychological injuries of the plaintiff
   Summary of expected testimony: Ms. Chadeayne was a treating mental health provider for the plaintiff after the initial shooting. She is expected to testify that the plaintiff suffered post-traumatic stress disorder (PTSD) and anxiety as a result of the shooting and will require future psychological care. A copy of Ms. Chadeayne's CV is attached hereto.

5. Les M. Gordon, LMFT (see CV attached)
   7100 W. Camino Real
   Suite 302-8
   Boca Raton, FL 33433
   Subject matter: Psychological and emotional injuries
   Summary of expected testimony: Mr. Gordon is a treating mental health provider for the plaintiff and has treated him since June 2018 through 2021. He is expected to testify that the Plaintiff suffered post-traumatic stress disorder (PTSD) and anxiety as a result of the shooting and will require future psychological care. A copy of Mr. Gordon's CV is attached hereto.

6. Dr. Mark Moran
   Meli Orthopedics Center
   4800 NE 20th Terrace, Suite 303
   Fort Lauderdale, FL 33308
   Subject matter: Physical and emotional injuries
   Summary of expected testimony: Dr. Moran was plaintiff's treating orthopedic surgeon following the shooting. He is expected to testify that the plaintiff suffered gunshot injuries and psychological stress as a result of the shooting, and that there are pieces of shrapnel in the plaintiff's arms that have not been removed.

7. Enrique Hernandez-Sanchez, M.D.
   Gastro Health
   9980 N Central Park Blvd STE 316, Boca Raton, FL 33428
   Subject matter: Physical and emotional injuries
   Summary of expected testimony: Dr. Hernandez-Sanchez is the Plaintiff's treating gastroenterologist. He is expected to testify that the plaintiff suffered gunshot injuries, emotional trauma and anxiety, and developed ulcers and gastric conditions as a result of the anxiety and stress due to the shooting and events surrounding shooting. A copy of Dr. Hernandez-Sanchez's CV is attached hereto.

Plaintiff reserves the right to amend his Expert Witness Disclosures.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2021, I electronically submitted the foregoing document this day on all counsel of record or pro se parties identified in the service list below in the manner specified, either electronically or via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ John Elliott Leighton
JOHN ELLIOTT LEIGHTON
Florida Bar No.: 507921

**LEIGHTON LAW, P.A.**
1401 Brickell Ave., Suite 900
Miami, FL 33131
T: (305) 347-3151
F: (305) 675-0123
E:   John@Leightonlaw.com
     Max@Leightonlaw.com
     Carmen@Leightonlaw.com

*Counsel for Plaintiff WILLIAM OLSON*

## SERVICE LIST

| | |
|---|---|
| LEIGHTON LAW, P.A.<br>Attorney for Plaintiff<br>1401 Brickell Avenue, Suite 900<br>Miami, FL 33131<br>Tel. No. (305) 347-3151<br>Fax No.: (305) 675-0123<br>John@Leightonlaw.com<br>Max@LeightonLaw.com<br>Carmen@Leightonlaw.com | ARIANA FAJARDO ORSHAN<br>UNITED STATES ATTORNEY<br>Steven R. Petri, Assistant U.S. Attorney<br>United States Attorney's Office<br>500 East Broward Blvd., Suite 700<br>Fort Lauderdale, FL 33028<br>Telephone: 954-660-5799<br>Email: Steve.Petri@usdoj.gov<br>*Counsel for United States of America* |