UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS
Case No. 19-61623-CIV-DIMITROULEAS
Case No. 20-60303-CIV-DIMITROULEAS
Case No. 20-60306-CIV-DIMITROULEAS
Case No. 20-60307-CIV-DIMITROULEAS
Case No. 20-60308-CIV-DIMITROULEAS
Case No. 20-60310-CIV-DIMITROULEAS
Case No. 20-60311-CIV-DIMITROULEAS
Case No. 20-60317-CIV-DIMITROULEAS
Case No. 20-60319-CIV-DIMITROULEAS
Case No. 20-60322-CIV-DIMITROULEAS
Case No. 20-60325-CIV-DIMITROULEAS
Case No. 20-60326-CIV-DIMITROULEAS
Case No. 20-60327-CIV-DIMITROULEAS
Case No. 20-60328-CIV-DIMITROULEAS
Case No. 20-60330-CIV-DIMITROULEAS
Case No. 20-60331-CIV-DIMITROULEAS
Case No. 20-60332-CIV-DIMITROULEAS
Case No. 20-60333-CIV-DIMITROULEAS
Case No. 20-60481-CIV-DIMITROULEAS
Case No. 20-60483-CIV-DIMITROULEAS
Case No. 20-61088-CIV-DIMITROULEAS
Case No. 20-61103-CIV-DIMITROULEAS
Case No. 20-61894-CIV-DIMITROULEAS
Case No. 20-61895-CIV-DIMITROULEAS
Case No. 20-61896-CIV-DIMITROULEAS
Case No. 20-61919-CIV-DIMITROULEAS
Case No. 20-62470-CIV-DIMITROULEAS
Case No. 20-62471-CIV-DIMITROULEAS
Case No. 20-62472-CIV-DIMITROULEAS
Case No. 20-62473-CIV-DIMITROULEAS
Case No. 20-62476-CIV-DIMITROULEAS
Case No. 20-62485-CIV-DIMITROULEAS
Case No. 20-62486-CIV-DIMITROULEAS
Case No. 20-62487-CIV-DIMITROULEAS
Case No. 20-62497-CIV-DIMITROULEAS
Case No. 20-62508-CIV-DIMITROULEAS
Case No. 20-62509-CIV-DIMITROULEAS
Case No. 20-62513-CIV-DIMITROULEAS
Case No. 20-62516-CIV-DIMITROULEAS
Case No. 20-62525-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

### ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on the Joint Notice of Agreement to Settle and Motion to Stay Proceedings, filed on November 22, 2021, whereby the parties advise the Court that they have reached an agreement to settle all of the claims at issue in these consolidated actions. *See* [DE 408]. The parties further state that they are presently working to finalize additional details before submission for final approval by the appropriate Department of Justice official and that, once those details are finalized and approval is granted, they will ask that the Court dismiss these actions in their entirety. *See id*.

In light of the settlement of this case, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. All pending motions are hereby **DENIED AS MOOT**.

2. On or before **December 20, 2021**, the parties shall either file the appropriate dismissal papers or file a status report regarding the expected timeline for the filing of the appropriate dismissal papers.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 22nd day of November, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record