# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS
(Consolidated cases)

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

## JOINT MOTION FOR CLARIFICATION OF ORDER ON NOTICE OF SETTLEMENT

In its Order on Notice of Settlement, the Court acknowledged the parties' agreement to settle all the claims at issue in these consolidated actions, denied all pending motions as moot, and required the parties to file dismissal papers or a status report regarding the expected timeline for the filing of dismissal papers on or before December 20, 2021.  *See* ECF No. 409.  But the Order did not specifically address the parties' request to stay all pending deadlines and hearings in the consolidated actions, *see* ECF No. 408.  Upcoming deadlines include expert rebuttal reports due under Fed. R. Civ. P. 26 and discovery responses due from the United States on December 10, 2021.  A stay will enable the parties to focus on expeditiously working to finalize the settlement and resolve the litigation.  In an abundance of caution, the parties seek clarification of the Court's Order on Notice of Settlement, specifically the parties seek the clarification as to whether all pending deadlines and hearings are stayed.

Dated: November 23, 2021

Respectfully submitted,

By: /s/ Kristina M. Infante
Kristina M. Infante
FL Bar No: 112557
**Plaintiffs' Lead Counsel**
**PODHURST ORSECK P.A.**

2

*/s/ Paul David Stern*
PAUL DAVID STERN
Trial Attorney, Torts Branch
Civil Division
**Attorneys for Defendant**
**United States of America**