UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS
Case No. 19-61623-CIV-DIMITROULEAS
Case No. 20-60303-CIV-DIMITROULEAS
Case No. 20-60306-CIV-DIMITROULEAS
Case No. 20-60307-CIV-DIMITROULEAS
Case No. 20-60308-CIV-DIMITROULEAS
Case No. 20-60310-CIV-DIMITROULEAS
Case No. 20-60311-CIV-DIMITROULEAS
Case No. 20-60317-CIV-DIMITROULEAS
Case No. 20-60319-CIV-DIMITROULEAS
Case No. 20-60322-CIV-DIMITROULEAS
Case No. 20-60325-CIV-DIMITROULEAS
Case No. 20-60326-CIV-DIMITROULEAS
Case No. 20-60327-CIV-DIMITROULEAS
Case No. 20-60328-CIV-DIMITROULEAS
Case No. 20-60330-CIV-DIMITROULEAS
Case No. 20-60331-CIV-DIMITROULEAS
Case No. 20-60332-CIV-DIMITROULEAS
Case No. 20-60333-CIV-DIMITROULEAS
Case No. 20-60481-CIV-DIMITROULEAS
Case No. 20-60483-CIV-DIMITROULEAS
Case No. 20-61088-CIV-DIMITROULEAS
Case No. 20-61103-CIV-DIMITROULEAS
Case No. 20-61894-CIV-DIMITROULEAS
Case No. 20-61895-CIV-DIMITROULEAS
Case No. 20-61896-CIV-DIMITROULEAS
Case No. 20-61919-CIV-DIMITROULEAS
Case No. 20-62470-CIV-DIMITROULEAS
Case No. 20-62471-CIV-DIMITROULEAS
Case No. 20-62472-CIV-DIMITROULEAS
Case No. 20-62473-CIV-DIMITROULEAS
Case No. 20-62476-CIV-DIMITROULEAS
Case No. 20-62485-CIV-DIMITROULEAS
Case No. 20-62486-CIV-DIMITROULEAS
Case No. 20-62487-CIV-DIMITROULEAS
Case No. 20-62497-CIV-DIMITROULEAS
Case No. 20-62508-CIV-DIMITROULEAS
Case No. 20-62509-CIV-DIMITROULEAS
Case No. 20-62513-CIV-DIMITROULEAS
Case No. 20-62516-CIV-DIMITROULEAS
Case No. 20-62525-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

### ORDER ON JOINT MOTION FOR CLARIFICATION
### OF ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on the Joint Motion for Clarification of Order on Notice of Settlement, filed on November 23, 2021. [DE 410]. The Court has carefully considered the Motion and the record, and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Joint Motion for Clarification of Order on Notice of Settlement [DE 410] is hereby **GRANTED IN PART AND DENIED IN PART** as follows:

1. In light of the settlement, the Court will continue the January 28, 2022 calendar call, the January 31, 2022 bench trial, and the remaining pre-trial deadlines to provide the parties with time to obtain the necessary approvals of the settlement and to submit the appropriate dismissal documents.

2. Calendar call is **RESET** for 10:00 a.m. on Friday, February, February 25, 2022.

3. The bench trial **RESET** to commence on Monday, February 28, 2022.

4. The deadlines set forth in the Court's Scheduling Order are amended as follows:

| | |
|---|---|
| Expert rebuttal reports under Fed. R. Civ. P. 26 | 30 days after due under Fed. R. Civ. P. 26 |
| Plaintiffs' Expert Disclosure Deadline for Liability Experts | January 7, 2022 |
| Discovery responses due from the United States | January 7, 2022 |
| Mandatory Pretrial Stipulation | February 11, 2022 |
| Motions in Limine | February 11, 2022 |

| | |
|---|---|
| Responses to Motions in Limine | February 18, 2022 |
| Proposed Findings & Conclusions | February 18, 2022 |
| Exhibit List for Court | First day of Trial (impeachment excepted) |
| Witness List for Court | First day of Trial (impeachment excepted) |

5. The Court will consider resetting any additional deadlines, if necessary, upon the filing of a joint status report on or before December 20, 2021 (in the event a joint stipulation(s) of dismissal have not been filed by that date).

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 24th day of November, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record