**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-62758--CIV-DIMITROULEAS/VALLE**

CONSOLIDATED ACTION

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

**THIS FILING PERTAINS ONLY TO CASE NOS.:**

**20-60306-CIV-DIMITROULEAS** *(Fuentes v. United States)*
**20-60307-CIV-DIMITROULEAS** *(Laman v. United States)*
**20-60310-CIV-DIMITROULEAS** *(Grady v. United States)*

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT, UNITED STATES OF AMERICA'S MOTION TO COMPEL EXPERT REPORTS**

Plaintiffs, Samantha Fuentes, Samantha Grady, and Kyle Laman, hereby move for an extension of time within which to respond to Defendant's Motion to Compel Expert Reports and Availability for Depositions dated December 1, 2021 (D.E. 412). In support of this Motion, Plaintiff states:

1. Defendant filed its Motion to Compel Expert Reports and Availability for Depositions on December 1, 2021. The claims asserted in this consolidated action are pending a global resolution, as noted in the Joint Notice of Agreement to Settle and Motion to Stay Proceedings (D.E. 408) filed on November 22, 2021. The Court subsequently continued the January 28, 2022 calendar call and reset calendar call for February 25, 2022. *See* the Court's November 29, 2021, Order on Joint Motion for Clarification of Order on Notice of Settlement (D.E. 411). In addition, the Court noted that it will consider resetting additional deadlines, if necessary, upon the filing of a joint status report on or before December 20, 2021.

2. Given the pending global resolution, towards which the parties are actively working, together with the upcoming holidays, the above-mentioned Plaintiffs ask for additional time, up through and including January 7, 2022, to file (if necessary) a response to the above-referenced motion (D.E. 412), which the undersigned understands was filed in an abundance of caution given the case has not yet been stayed in its entirety.

3. The undersigned has corresponded with counsel for Defendant, who has no objection to the relief requested herein.

**WHEREFORE**, Plaintiffs, Samantha Fuentes, Samantha Grady, and Kyle Laman, respectfully request the Court grant an extension of time for the filing of a response to Defendant's Motion to Compel Expert Reports and Availability for Depositions through and including January 7, 2022.

### Good Faith Certificate Pursuant to Local Rule 7.1(a)(3)

The undersigned hereby certifies that counsel for the movant has conferred with counsel for Defendant regarding the proposed enlargement of time and Defendant's counsel does not object to the relief requested herein.

Respectfully submitted,

By: __/s/ Kimberly L. Wald__
Kimberly L. Wald, Esq.
Florida Bar No.: 112263
Michael A. Hersh, Esq.
Florida Bar No.: 56019

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of December, 2021, a true and correct copy of the foregoing document has been furnished via CM/ECF.

By: /s/ *Kimberly L. Wald*
Kimberly L. Wald, Esq.
Florida Bar No.: 112263