UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

    Case No. 18-62758-CIV-DIMITROULEAS
    Case No. 19-61623-CIV-DIMITROULEAS
    Case No. 20-60303-CIV-DIMITROULEAS
    Case No. 20-60306-CIV-DIMITROULEAS
    Case No. 20-60307-CIV-DIMITROULEAS
    Case No. 20-60308-CIV-DIMITROULEAS
    Case No. 20-60310-CIV-DIMITROULEAS
    Case No. 20-60311-CIV-DIMITROULEAS
    Case No. 20-60317-CIV-DIMITROULEAS
    Case No. 20-60319-CIV-DIMITROULEAS
    Case No. 20-60322-CIV-DIMITROULEAS
    Case No. 20-60325-CIV-DIMITROULEAS
    Case No. 20-60326-CIV-DIMITROULEAS
    Case No. 20-60327-CIV-DIMITROULEAS
    Case No. 20-60328-CIV-DIMITROULEAS
    Case No. 20-60330-CIV-DIMITROULEAS
    Case No. 20-60331-CIV-DIMITROULEAS
    Case No. 20-60332-CIV-DIMITROULEAS
    Case No. 20-60333-CIV-DIMITROULEAS
    Case No. 20-60481-CIV-DIMITROULEAS
    Case No. 20-60483-CIV-DIMITROULEAS
    Case No. 20-61088-CIV-DIMITROULEAS
    Case No. 20-61103-CIV-DIMITROULEAS
    Case No. 20-61894-CIV-DIMITROULEAS
    Case No. 20-61895-CIV-DIMITROULEAS
    Case No. 20-61896-CIV-DIMITROULEAS
    Case No. 20-61919-CIV-DIMITROULEAS
    Case No. 20-62470-CIV-DIMITROULEAS
    Case No. 20-62471-CIV-DIMITROULEAS
    Case No. 20-62472-CIV-DIMITROULEAS
    Case No. 20-62473-CIV-DIMITROULEAS
    Case No. 20-62476-CIV-DIMITROULEAS
    Case No. 20-62485-CIV-DIMITROULEAS
    Case No. 20-62486-CIV-DIMITROULEAS
    Case No. 20-62487-CIV-DIMITROULEAS
    Case No. 20-62497-CIV-DIMITROULEAS
    Case No. 20-62508-CIV-DIMITROULEAS
    Case No. 20-62509-CIV-DIMITROULEAS
    Case No. 20-62513-CIV-DIMITROULEAS
    Case No. 20-62516-CIV-DIMITROULEAS
    Case No. 20-62525-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

## **ORDER**

THIS CAUSE came before the Court on the Joint Status Report, filed on December 20, 2021. *See* [DE 425] ("Status Report"). The Court has carefully considered the Status Report and is otherwise fully advised in the premises.

The parties previously jointly informed the Court that they had reached an agreement to settle all the claims at issue in these consolidated actions, and merely needed to "finalize additional details" before submission for final approval by the appropriate Department of Justice official and then seek dismissal from the Court. *See* [DE 408]. The instant Status Report, however, belies the accuracy of that statement. *Compare* [DE's 408, 425].

Based on the information now provided to the Court in the Status Report, the Court questions whether these cases are properly considered settled. There are approximately 40 separate cases, with separate Plaintiffs. It is now clear that there is not, nor has there ever been, an agreement between each Plaintiff and the Defendant United States over a settlement amount to end that Plaintiff's case. As the amount to be paid by a Defendant to a Plaintiff in exchange for dismissal with prejudice of that Plaintiff's action against the Defendant is typically the most important term of a settlement agreement, it appears the "global settlement" agreement reached could be considered a partial settlement at best. *See* [DE 408].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The request for continuance in the Joint Status Report [DE 425] is **DENIED**;

2. Absent stipulation(s) of dismissal being filed or a criminal case taking priority, the Court will commence the bench trial in this action on February 28, 2022, with calendar call on February 25, 2022 at 10:00 a.m. *See* [DE 411].

3. All deadlines set forth in the Court's Order of November 24, 2021 remain unchanged. *See* [DE 411].

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 21st day of December, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record