UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

CASE NO. 18-CV-62758-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

## ORDER ON MOTIONS FOR COMMON BENEFIT
## FEES AND TO TERMINATE LEAD COUNSEL

THIS CAUSE comes before the Court upon: (i) the Motion for An Award of Common Benefit Fees (ECF No. 418) (the "Fees Motion") filed by Podhurst Orseck P.A. ("Podhurst"); (ii) the Motion to Terminate Podhurst Orseck P.A. as Lead Counsel (ECF No. 421) filed by several law firms ("Moving Counsel"); and (iii) the Motion for an Extension of Time to Respond to Motion for an Award of Common Benefits Fees (ECF No. 424) (together, the "Motions"). The District Judge referred the Motions to the undersigned for appropriate disposition or report and recommendation.  (ECF No. 419).  The Court has considered the Motions and is otherwise fully advised in the premises.

According to recent filings in the consolidated case, although Plaintiffs have agreed to an allocation of the global settlement, *see* (ECF Nos. 429 at 2, 432 at 7), there remain additional matters that need to be addressed before a final agreement can be reached, including reducing the agreement to writing and finalizing releases, among other things.  *See* (ECF No. 430 at 2). Podhurst has also confirmed that "the fee dispute will not delay the Plaintiffs' receipt of the allocated global settlement funds because the Government can set aside only the attorneys' portion of the funds to be disbursed when the Court rules on the common benefit fee motion." (ECF No. 432 at 6 n.6).  Accordingly, in the interest of judicial economy and to encourage

prompt and full resolution of this matter, it is hereby **ORDERED AND ADJUDGED** that:

1.      The Motion for An Extension of Time to Respond to Motion for An Award of Common Benefits Fees (ECF No. 424) is **DENIED AS MOOT**.  A response to the Fees Motion has already been filed at ECF No. 431.  To the extent necessary, Podhurst may file a reply to ECF No. 431 by **January 7, 2022**.

2.      Conversely, Moving Counsel may also file a reply related Podhurst's response to the Motion to Terminate (ECF No. 432) by **January 7, 2022**.

3.      The Fees Motion and Motion to Terminate are tentatively scheduled for hearing on **February 11, 2022 at 10:00 a.m**.  In advance of the hearing, the parties must meet and confer (telephonically or in person) in a good faith effort to resolve the issues in the Motions.  By **February 3, 2022**, the parties must file a Joint Status Report ("JSR") advising the Court of the result of their meet and confer and indicating whether the issues in the Motions remain unresolved.  To the extent that the parties wish to proceed with an evidentiary hearing, the JSR must include a list of the anticipated witnesses and exhibits.  Lastly, the Court defers ruling on the request for discovery and whether the hearing will be evidentiary until the filing of the JSR. Upon review of the JSR, the Court will make a final determination whether to proceed with the scheduled hearing.

        **DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on January 4, 2022.

ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc:  U.S. District Judge William P. Dimitrouleas
     Counsel of Record