## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS
(Consolidated cases)

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

### JOINT STATUS REPORT AND MOTION FOR STAY OF UPCOMING DEADLINES, OR ALTERNATIVELY, A THIRTY-DAY CONTINUANCE

The parties in the above-captioned consolidated action submit the following joint status report to update the Court on their progress toward finalizing the global settlement and to seek a stay of all upcoming deadlines or, alternatively, a thirty-day continuance.

On November 22, 2021, the parties jointly informed the Court that they had reached a global agreement to settle all of the claims at issue in these consolidated actions. ECF No. 408. In a joint status report, filed on December 20, 2021, Plaintiffs acknowledged that they had not yet finalized how to allocate the global settlement among themselves. ECF No. 425. The parties also had yet to finalize the terms of the Stipulations for Compromise Settlement and Release ("Stipulations"). The Government could not send Plaintiffs the Stipulations for their signatures until the terms were finalized and allocations were complete. Without a final agreement as to the amount to be paid to each Plaintiff in exchange for the dismissal of their respective action, the Court concluded that the parties had only reached a "partial settlement at best." ECF No. 427.

As a result, the parties' request for a continuance was denied, the Court scheduled the bench trial to commence on February 28, 2022, and all other deadlines remained unchanged.[1] *Id.*

Since the parties' last status report, significant progress has been made towards finalizing the settlement and resolving the entire litigation. Most notably, Plaintiffs have agreed on their individual allocations of the total settlement amount and the parties have agreed to the terms of the Stipulations. Having received the Plaintiffs' allocation amounts, the Government prepared the Stipulations for the forty cases and sent them to the respective Plaintiffs' counsel. To date, the Government has received all thirty-eight (38) signed Stipulations that do not require approval from the Court and a guardian ad litem. For the two settlements that require approval from the Court and the appointed guardians ad litem (Feis and Hixon), counsel representing those two Plaintiffs has already obtained approval from the designated guardians ad litem (ECF Nos. 434, 435, 438, 440) and petitioned the Court for approval of the settlements (ECF Nos. 457, 458). Having received all of the signed Stipulations that do not require court approval, the Government is in the process of requesting approval of the global settlement from the Associate Attorney General, conditioned on the Court approving the settlements in *Feis v. United States*, No. 20-cv-62472, and *Hixon v. United States*, No. 20-cv-62470.

Moreover, the dispute amongst Plaintiffs' counsel regarding common benefit fees has no bearing on the settlement with respect to the United States. The law firms moving for the fees have made clear that they do not seek any portion of any client's net recovery. Consequently, all parties agree that the settlement should be finalized, and the Government's disbursement of the total settlement amount and the Plaintiffs' filing of dismissal papers, should occur without delay.

---

[1] Under the terms of the Court's modified Scheduling Order (ECF No. 411), Mandatory Pretrial Stipulations and Motions in Limine were due Friday, February 11, and trial is scheduled to commence February 28.

Because this settlement resolves all forty cases against the Government, the parties respectfully request a stay of upcoming deadlines, or alternatively, a thirty-day continuance, while the parties finalize this settlement.  Such action by the Court will conserve the parties' resources and promote judicial economy.

Dated: February 14, 2022                                    Respectfully submitted,

*/s/ Paul David Stern*
PAUL DAVID STERN
Trial Attorney, Torts Branch
Civil Division
**Attorneys for Defendant**
**United States of America**

/s/ *Kristina M. Infante*
Kristina M. Infante
FL Bar No: 112557
**Plaintiffs' Lead Counsel**
**PODHURST ORSECK P.A.**

/s/ *Robert M. Stein*
Robert M. Stein, Esq.
Florida Bar No. 93936
**RENNERT VOGEL MANDLER &**
**RODRIGUEZ, P.A.**
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131

s/ *Alex Arteaga-Gomez, Esq.*
**STUART Z. GROSSMAN, ESQ.**
szg@grossmanroth.com
**NEAL A. ROTH, ESQ.**
nar@grossmanroth.com
**ALEX ARTEAGA-GOMEZ, ESQ.**
aag@grossmanroth.com
**Grossman, Roth, Yaffa Cohen, P.A.**
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134

s/*Jay Cohen, Esq.*
**JAY COHEN, ESQ.**

jcohen@jaycohenlaw.com
**Cohen, Blostein & Ayala, P.A.**
100 SE 3rd Avenue, Suite 1100
Fort Lauderdale, FL 33394

*s/Curtis B. Miner, Esq.*
**CURTIS B. MINER, ESQ.**
curt@colson.com
**Colson Hicks Eidson, P.A.**
255 Alhambra Circle, Ste PH
Coral Gables, FL 33134

*s/David W. Brill, Esq.*
**DAVID W. BRILL, ESQ.**
david@brillrinaldi.com
**JOSEPH J. RINALDI, JR.**
joe@brillrinaldi.com
**Brill & Rinaldi, The Law Firm**
17150 Royal Palm Blvd., Suite 2
Weston, FL 33326-2333

*s/Tracy Considine, Esq.*
**TRACY CONSIDINE, ESQ.**
tconsidine@tcjaxlaw.com
**TRACY CONSIDINE, P.A.**
1 Sleiman Parkway, Ste 210
Jacksonville, FL  32216

*s/Todd J. Michaels, Esq.*
**MICHAEL A. HAGGARD, ESQ.**
mah@haggardlawfirm.com
**TODD J. MICHAELS, ESQ.**
tjm@haggardlawfirm.com
**The Haggard Law Firm**
330 Alhambra Circle
Coral Gables, FL 33134

*s/Robert Kelley, Esq.*
**ROBERT W. KELLEY, ESQ.**
rwk@kulaw.com
**KIMBERLY WALD, ESQ.**
klw@kulaw.com
**Kelley Uustal**
500 N. Federal Highway, Suite 200
Ft. Lauderdale, FL 33301

4

_s/Michael A. Goldfarb, Esq._
**MICHAEL A. GOLDFARB, ESQ.**
michael@goldfarblaw.com
**Goldfarb Law, P.A.**
75 Valencia Avenue, Suite 100
Miami, FL 33134

_s/Alan. Goldfarb, Esq._
**ALAN GOLDFARB, ESQ.**
agoldfarb@goldfarbpa.com
**Alan Goldfarb, P.A.**
100 SE 2nd Street
Bank of America Tower Suite 4500
Miami, FL 33131

_s/Michael A. Wasserman, Esq._
**MICHAEL A. WASSERMAN, ESQ.**
mwasserman@800goldlaw.com
**Law Offices of Craig Goldenfarb**
1800 S Australian Avenue, Suite 400
West Palm Beach, FL 33409-6450

_s/John E. Leighton, Esq._
**JOHN E. LEIGHTON, ESQ.**
john@leightonlaw.com
**Leighton Law, P.A.**
1401 Brickell Avenue, Suite 900
Miami, FL 33131

_s/Adam Balkan, Esq._
**ADAM BALKAN, ESQ.**
adam@balkanpatterson.com
**Balkan & Patterson LLP**
1877 S Federal Hwy Ste 100
Boca Raton, FL 33432-7466

_s/Alex Arreaza, Esq._
**ALEX ARREAZA, ESQ.**
The Law Office of Alex Arreaza
320 W Oakland Park Blvd
Wilton Manors, FL 33311-1710