UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS
Case No. 19-61623-CIV-DIMITROULEAS
Case No. 20-60303-CIV-DIMITROULEAS
Case No. 20-60306-CIV-DIMITROULEAS
Case No. 20-60307-CIV-DIMITROULEAS
Case No. 20-60308-CIV-DIMITROULEAS
Case No. 20-60310-CIV-DIMITROULEAS
Case No. 20-60311-CIV-DIMITROULEAS
Case No. 20-60317-CIV-DIMITROULEAS
Case No. 20-60319-CIV-DIMITROULEAS
Case No. 20-60322-CIV-DIMITROULEAS
Case No. 20-60325-CIV-DIMITROULEAS
Case No. 20-60326-CIV-DIMITROULEAS
Case No. 20-60327-CIV-DIMITROULEAS
Case No. 20-60328-CIV-DIMITROULEAS
Case No. 20-60330-CIV-DIMITROULEAS
Case No. 20-60331-CIV-DIMITROULEAS
Case No. 20-60332-CIV-DIMITROULEAS
Case No. 20-60333-CIV-DIMITROULEAS
Case No. 20-60481-CIV-DIMITROULEAS
Case No. 20-60483-CIV-DIMITROULEAS
Case No. 20-61088-CIV-DIMITROULEAS
Case No. 20-61103-CIV-DIMITROULEAS
Case No. 20-61894-CIV-DIMITROULEAS
Case No. 20-61895-CIV-DIMITROULEAS
Case No. 20-61896-CIV-DIMITROULEAS
Case No. 20-61919-CIV-DIMITROULEAS
Case No. 20-62470-CIV-DIMITROULEAS
Case No. 20-62471-CIV-DIMITROULEAS
Case No. 20-62472-CIV-DIMITROULEAS
Case No. 20-62473-CIV-DIMITROULEAS
Case No. 20-62476-CIV-DIMITROULEAS
Case No. 20-62485-CIV-DIMITROULEAS
Case No. 20-62486-CIV-DIMITROULEAS
Case No. 20-62487-CIV-DIMITROULEAS
Case No. 20-62497-CIV-DIMITROULEAS
Case No. 20-62508-CIV-DIMITROULEAS
Case No. 20-62509-CIV-DIMITROULEAS
Case No. 20-62513-CIV-DIMITROULEAS
Case No. 20-62516-CIV-DIMITROULEAS
Case No. 20-62525-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

## ORDER

THIS CAUSE is before the Court on the Joint Status Report and Motion for Stay of
Upcoming Deadlines or Alternatively, a Thirty-Day Continuance, filed on February 14, 2022.
[DE 488].  The Court has carefully considered the filing and is otherwise fully advised in the
premises.

The Government states that it prepared Stipulations for Compromise Settlement and
Release for the forty cases and sent them to the respective Plaintiffs' counsel and that it has
received all thirty-eight (38) signed Stipulations that do not require approval from the Court and
a guardian ad litem.  The Court has entered Orders approving the settlements in *Feis v. United
States*, No. 20-cv-62472, and *Hixon v. United States*, No. 20-cv-62470. Accordingly, the Court
will extend the deadline for the filing of the appropriate dismissal papers by thirty (30) days to
allow sufficient time for approval of the global settlement from the Associate Attorney General.

Based on the foregoing, it is **ORDERED AND ADJUDGED** that no later than **March
16, 2022**, the parties shall either file the appropriate dismissal papers or show cause why those
papers have not been filed.  Upon the filing of the stipulations of dismissal, the Court will close
this case, but retain jurisdiction over the attorneys' fee dispute.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this
15th day of February, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record