**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED ACTION
Case No. 18-62758-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

**NOTICE REGARDING STATUS OF MOTION TO COMPEL DISCOVERY**

The undersigned respectfully submit the following notice to the Court regarding the status of our motion to compel Podhurst Orseck, P.A. ("Podhurst") and Rennert Vogel Mandler & Rodriguez, P.A. ("Rennert") to engage in discovery, D.E. 459.

In the undersigned's view, the following are the pending issues to be resolved by this Court on our motion to compel. Below we refer to the Amended Requests for Production to Podhurst at D.E. 459-1 and the Amended Requests for Production to Rennert at D.E. 459-2.

1. **Documents Regarding Common Benefit Fees**

The undersigned seek documents regarding common benefit fees from Podhurst and Rennert.

Requests 23 and 24 of the Amended Requests to Podhurst seek the following:

23.     Please produce all your internal communications, memoranda, research summaries, and legal research files regarding the issue of "common benefit" fees in the Federal Case.

24.     Please produce all written communications between you and any of the following regarding the issue of "common benefit" fees in the Federal Case: the government, Rennert, any potential or retained experts, or any other counsel in the Federal Case.

Requests 17 and 18 of the Amended Requests to Rennert seek similar records:

17.     Please produce all your internal communications, memoranda, research summaries, and legal research files regarding the issue of "common benefit" fees in the Federal Case.

18.     Please produce all written communications between you and any of the following regarding the issue of "common benefit" fees in the Federal Case: the

government, Podhurst, any potential or retained experts, or any other counsel in the Federal Case.

The undersigned seek responsive records within the following time frame: from November 13, 2018 (the day the Guttenberg federal suit was filed) to December 12, 2021 (the day before Podhurst first advised it would seek a common benefit fee).

As to documents claimed as privileged, the undersigned propose as follows. Podhurst and Rennert may withhold from production all documents claimed to be privileged. Podhurst and Rennert shall provide all responsive documents claimed as privileged to the Court for an in-camera privilege determination and supply the undersigned with a privilege log. If portions of documents are claimed as privileged, Podhurst and Rennert shall provide the undersigned redacted versions, provide the Court unredacted versions, and include the redacted documents in the log.

**2. Documents Regarding Settlement & Mediation**

Requests 12, 13, and 14 of the Amended Requests to Podhurst seek records and communications regarding mediation and settlement of this case. They provide:

> 12. In the Fee Motion, you assert: "During the Fall of 2021, undersigned counsel participated in Court-ordered mediation sessions on behalf of all Plaintiffs." (Page 8). Please produce:
> a. all documents, including visual aids, charts, summaries, or power point slides, presented, or exchanged by anyone at any of the above-referenced "mediation sessions;"
> b. all documents indicating the dates, times, locations, participants, and substance of any of the above-referenced "mediation sessions;"
> c. all memoranda of understanding, term sheets, preliminary settlement agreement drafts, or similar documents memorializing the results of any of the above-mentioned "mediation sessions;" and
> d. all communications with any of the following regarding mediation in the Federal Case: the government, any contemplated or retained mediators, any contemplated or retained arbitrators, Rennert, Terry White, Kenneth Feinberg, or Camilla Biros.
>
> 13. In the Fee Motion, you assert: "On November 12, 2021, following negotiations led by undersigned counsel, the Plaintiffs and the Government reached an agreement to voluntarily resolve this matter on a global basis." (Pages 8-9). Please produce:
> a. all documents, including visual aids, charts, analyses, summaries, or power point slides presented or exchanged by anyone at any of the above-referenced "negotiations;"
> b. all documents indicating the dates, times, locations, participants, and substance of any of the above-referenced "negotiations;"

    c.    all memoranda of understanding, term sheets, preliminary settlement agreement drafts, or similar documents memorializing the results of any of the above-mentioned "negotiations;"

    d.    all communications with any of the following regarding any of the above-mentioned "negotiations:" the government, any contemplated or retained mediators, any contemplated or retained arbitrators, Rennert, Terry White, Kenneth Feinberg, or Camilla Biros.

    e.    all communications with any of the following regarding the above-mentioned "agreement to voluntarily resolve this matter on a global basis:" the government, any contemplated or retained mediators, any contemplated or retained arbitrators, Rennert, Terry White, Kenneth Feinberg, or Camilla Biros.

14.    All written communications between you and Kenneth Feinberg or Camilla Biros regarding the Federal Case.

### 3. Time & Cost Records

Amended Request 18 to Podhurst and Amended Request 9 to Rennert seek the firms' cost records with respect to the federal and state Parkland-related litigation. Amended Requests 7 and 8 to Rennert seek the firm's time records. Rennert has represented that it kept time records. Podhurst has represented that it did not keep time records. The undersigned therefore seek Podhurst and Rennert's cost records and Rennert's time records.

### 4. Amount-Related Discovery

The undersigned's Amended Requests to both firms requested several different categories of documents relating to the amount of fees sought: Amended Requests 2, 3, 4, 5, 7, 8, 10, 19 and 20 to Podhurst and Amended Requests 2, 3 and 4 to Rennert. The undersigned have narrowed those requests. Currently, we only seek documents responsive to these amount-related requests to the extent either firm intends to cite such documents as support for their common benefit fee motion.

### 5. Depositions

The undersigned seek to depose the following witnesses: Steven Marks, Kristina Infante, Robert Stein, and Kenneth Feinberg. We seek to depose each of these witnesses for no more than four (4) hours, excluding breaks.

### 6. Experts

Initial expert declarations have been submitted by both sides: D.E. 468 (expert declarations opposing the fee request) and D.E. 469 (expert declaration supporting the fee request). The

undersigned propose that the Court set a deadline for submission of rebuttal declarations in lieu of expert declarations.

Respectfully submitted,

*s/ Alex Arteaga-Gomez, Esq.*
**STUART Z. GROSSMAN, ESQ.**
szg@grossmanroth.com
**NEAL A. ROTH, ESQ.**
nar@grossmanroth.com
**ALEX ARTEAGA-GOMEZ, ESQ.**
aag@grossmanroth.com
**Grossman, Roth, Yaffa Cohen, P.A.**
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134

*Counsel for Plaintiffs ASHLEY MARIE BAEZ, ISABEL CHEQUER, DAMIAN LOUGHRAN and DENISE LOUGHRAN, as Co-Personal Representatives of the Estate of CARA MARIE LOUGHRAN, deceased, ANTHONY MONTALTO and JENNIFER MONTALTO, as Co-Personal Representatives of the Estate of GINA ROSE MONTALTO, deceased, and KONG FENG WANG a/k/a JACKY WANG and HUI YING ZHENG a/k/a LINDA WANG as Co-Personal Representative of the Estate of PETER WANG, deceased*

*s/Jay Cohen, Esq.*
**JAY COHEN, ESQ.**
jcohen@jaycohenlaw.com
**Cohen, Blostein & Ayala, P.A.**
100 SE 3rd Avenue, Suite 1100
Fort Lauderdale, FL 33394

*Counsel for Plaintiffs J.H., A.P., ELIZABETH STOUT, FELICIA BURGIN, GIULIA GARCIA, MADISON KING, NOAH PACE, HAYDEN KORR, DOMINIC TIMPONE, and ALESSANDRA WEBER, TIA BELL WILLIAMS, as Natural Parent and on behalf of M.W.*

*s/Curtis B. Miner, Esq.*
**CURTIS B. MINER, ESQ.**
curt@colson.com
**Colson Hicks Eidson, P.A.**
255 Alhambra Circle, Ste PH
Coral Gables, FL 33134
*Counsel for Plaintiff: BENJAMIN WIKANDER*

*s/Todd J. Michaels, Esq.*
**MICHAEL A. HAGGARD, ESQ.**
mah@haggardlawfirm.com
**TODD J. MICHAELS, ESQ.**
tjm@haggardlawfirm.com
**The Haggard Law Firm**
330 Alhambra Circle
Coral Gables, FL 33134

*Counsel for Plaintiffs STACEY LIPPEL, LINDA BEIGEL as Personal Representative of the Estate of SCOTT BEIGEL, deceased, PATRICIA PADUAY OLIVER and MANUEL OLIVER as Co-Personal Representatives of the Estate of JOAQUIN OLIVER, deceased*

*s/Robert Kelley, Esq.*
**ROBERT W. KELLEY, ESQ.**
rwk@kulaw.com
**KIMBERLY WALD, ESQ.**
klw@kulaw.com
**Kelley Uustal**
500 N. Federal Highway, Suite 200
Ft. Lauderdale, FL 33301

*Counsel for Plaintiffs KYLE LAMAN, SAMANTHA GRADY, SAMANTHA FUENTES, SAMANTHA MAYOR, ILAN ALHADEFF and LORI ALHADEFF, as Co-Personal Representatives of the Estate of ALYSSA ALHADEFF, deceased*

*s/David W. Brill, Esq.*
**DAVID W. BRILL, ESQ.**
david@brillrinaldi.com
**JOSEPH J. RINALDI, JR.**
joe@brillrinaldi.com
**Brill & Rinaldi, The Law Firm**
17150 Royal Palm Blvd., Suite 2
Weston, FL 33326-2333

*Counsel for Plaintiffs MADELEINE "MADDY" WILFORD, TOM HOYER and GENA HOYER, as Co-Personal Representatives of the Estate of LUKE HOYER, deceased, ANDREW POLLACK as Co-Personal Representative of the Estate of MEADOW POLLACK, deceased, and RYAN PETTY and KELLY PETTY, as Co-Personal Representative of the Estate of ALAINA PETTY, deceased, and MAX SCHACHTER, as Personal Representative of the Estate of ALEXANDER SCHACHTER, deceased*

*s/Tracy Considine, Esq.*
**TRACY CONSIDINE, ESQ.**
tconsidine@tcjaxlaw.com
**TRACY CONSIDINE, P.A.**
1 Sleiman Parkway, Ste 210
Jacksonville, Fl. 32216

*Counsel for Plaintiff SHARA KAPLAN as Co-Personal Representative of the Estate of MEADOW POLLACK, deceased*

*s/Adam Balkan, Esq.*
**ADAM BALKAN, ESQ.**
adam@balkanpatterson.com
**Balkan & Patterson LLP**
1877 S Federal Hwy Ste 100
Boca Raton, FL 33432-7466

*Counsel for Plaintiffs MELISSA FEIS, as Personal Representative of the Estate of AARON FEIS, deceased, and DEBRA HIXON, as Personal Representative of the Estate of CHRISTOPHER HIXON, deceased*

*s/Michael A. Goldfarb, Esq.*
**MICHAEL A. GOLDFARB, ESQ.**
michael@goldfarblaw.com
**Goldfarb Law, P.A.**
75 Valencia Avenue, Suite 100
Miami, FL 33134

*s/Alan. Goldfarb, Esq.*
**ALAN GOLDFARB, ESQ.**
agoldfarb@goldfarbpa.com
**Alan Goldfarb, P.A.**
100 SE 2nd Street
Bank of America Tower Suite 4500
Miami, FL 33131

*Counsel for Plaintiff ALEXANDER DWORET and MITCHELL DWORET and ANIKA DWORET, as Co-Personal Representatives of the ESTATE of NICHOLAS DWORET, deceased*

*s/Michael A. Wasserman, Esq.*
**MICHAEL A. WASSERMAN, ESQ.**
mwasserman@800goldlaw.com
**Law Offices of Craig Goldenfarb**
1800 S Australian Avenue, Suite 400
West Palm Beach, FL 33409-6450

*Counsel for Plaintiffs VINCENT RAMSAY and ANNE RAMSAY as Co-Personal Representative of the Estate of HELENA RAMSEY, deceased*

*s/John E. Leighton, Esq.*
**JOHN E. LEIGHTON, ESQ.**
john@leightonlaw.com
**Leighton Law, P.A.**
1401 Brickell Avenue, Suite 900
Miami, FL 33131

*Counsel for Plaintiffs WILLIAM OLSON and MARIAN KABACHENKO*

*s/Alex Arreaza, Esq.*
**ALEX ARREAZA, ESQ.**
The Law Office of Alex Arreaza
320 W Oakland Park Blvd
Wilton Manors, FL 33311-1710

*Counsel for Plaintiff ANTHONY BORGES*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by the Court CM/ECF system on this 21st day of April 2022.

By: *s/Alex Arteaga-Gomez, Esq.*
**ALEX ARTEAGA-GOMEZ, ESQ.**