**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS
Case No. 19-61623-CIV-DIMITROULEAS
Case No. 20-60303-CIV-DIMITROULEAS
Case No. 20-60306-CIV-DIMITROULEAS
Case No. 20-60307-CIV-DIMITROULEAS
Case No. 20-60308-CIV-DIMITROULEAS
Case No. 20-60310-CIV-DIMITROULEAS
Case No. 20-60311-CIV-DIMITROULEAS
Case No. 20-60317-CIV-DIMITROULEAS
Case No. 20-60319-CIV-DIMITROULEAS
Case No. 20-60322-CIV-DIMITROULEAS
Case No. 20-60325-CIV-DIMITROULEAS
Case No. 20-60326-CIV-DIMITROULEAS
Case No. 20-60327-CIV-DIMITROULEAS
Case No. 20-60328-CIV-DIMITROULEAS
Case No. 20-60330-CIV-DIMITROULEAS
Case No. 20-60331-CIV-DIMITROULEAS
Case No. 20-60332-CIV-DIMITROULEAS
Case No. 20-60333-CIV-DIMITROULEAS
Case No. 20-60481-CIV-DIMITROULEAS
Case No. 20-60483-CIV-DIMITROULEAS
Case No. 20-61088-CIV-DIMITROULEAS
Case No. 20-61103-CIV-DIMITROULEAS
Case No. 20-61737-CIV-DIMITROULEAS
Case No. 20-61894-CIV-DIMITROULEAS
Case No. 20-61895-CIV-DIMITROULEAS
Case No. 20-61896-CIV-DIMITROULEAS
Case No. 20-61919-CIV-DIMITROULEAS
Case No. 20-62470-CIV-DIMITROULEAS
Case No. 20-62471-CIV-DIMITROULEAS
Case No. 20-62472-CIV-DIMITROULEAS
Case No. 20-62473-CIV-DIMITROULEAS
Case No. 20-62476-CIV-DIMITROULEAS
Case No. 20-62485-CIV-DIMITROULEAS
Case No. 20-62486-CIV-DIMITROULEAS
Case No. 20-62487-CIV-DIMITROULEAS
Case No. 20-62497-CIV-DIMITROULEAS
Case No. 20-62508-CIV-DIMITROULEAS
Case No. 20-62513-CIV-DIMITROULEAS
Case No. 20-62516-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

**PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY
OF ORDER FOR VOLUNTARY DISMISSAL**

The Plaintiffs, by and through undersigned counsel, without opposition from the government, and pursuant to Federal Rule of Civil Procedure 41(a)(2), move this Honorable Court for entry of an order of dismissal with prejudice in the above cause. In support thereof they state as follows.

Rule 41(a)(2) provides that, "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

A "district court has broad discretion when considering a Rule 41(a)(2) motion for voluntary dismissal." *Peter Coppola Beauty, LLC v. Casaro Labs, Ltd.*, No. 14-81488, 2016 WL 4145833, at *1 (S.D. Fla. June 13, 2016).

A term of the Plaintiffs' settlement stipulations with the Government provides that "Plaintiff must obtain an order from the United States District Court for the Southern District of Florida dismissing this action in its entirety with prejudice, with each side bearing its own costs, expenses, and fees, and with the District Court not retaining jurisdiction over the above-captioned action, this settlement, or the United States."

In its order of March 18, 2022, this Court stated that: "Based on the foregoing, it is ORDERED AND ADJUDGED that no later than May 2, 2022, the parties shall either file the appropriate dismissal papers or show cause why those papers have not been filed. Upon the filing of the stipulations of dismissal, the Court will close this case, but retain jurisdiction over the attorneys' fee dispute." Order, D.E. 514 at 2.

The Plaintiffs hereby move this Honorable Court for entry of an order dismissing this

action in its entirety with prejudice, with each side bearing its own costs, expenses, and fees, and with the District Court not retaining jurisdiction over the above-captioned action, this settlement, or the United States, but retaining jurisdiction over the attorney's fee dispute.

The government does not oppose the requested relief.

Dated:  April 21, 2022.

Respectfully submitted,

/s/  Kristina M. Infante, Esq.
Kristina M. Infante, Esq.
kinfante@podhurst.com
Steven C. Marks, Esq.
smarks@podhurst.com
Pablo Rojas, Esq.
projas@podhurst.com
**Plaintiffs' Lead Counsel**
**Podhurst Orseck, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131

*Counsel for Plaintiffs, FREDERIC and JENNIFER GUTTENBERG, as Co-Personal Representatives of the Estate of JAIME GUTTENBERG, KEVIN and SARA COLTON as natural parents of J.A., COLTON, minor son*

/s/    Tracy Considine, Esq.
Tracy Considine, Esq.
tconsidine@tcjaxlaw.com
**Tracy Considine, P.A.**
1 Sleiman Parkway, Suite 210
Jacksonville, FL 32216

*Counsel for Plaintiff SHARA KAPLAN as Co-Personal Representative of MEADOW POLLACK, deceased*

/s/  Robert M. Stein
Robert M. Stein, Esq.
rstein@rvmrlaw.com
Jeffrey A. Tew, Esq.
jtew@rvmrlaw.com
**Rennert Vogel Mandler & Rodriguez, P.A.**
100 S.E. Second Street, Suite 2900
Miami, FL 33131

*Counsel for Plaintiffs PHILIP and APRIL SCHENTRUP, as Co-Personal Representatives of the Estate of CARMEN SCHENTRUP*

/s/ Alex Arteaga-Gomez, Esq.
Stuart Z. Grossman, Esq.
szg@grossmanroth.com
Neal A. Roth, Esq.
nar@grossmanroth.com
Alex Arteaga-Gomez, Esq.
aag@grossmanroth.com
**Grossman, Roth, Yaffa Cohen, P.A.**
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134

*Counsel for Plaintiffs ASHLEY MARIE BAEZ, ISABEL CHEQUER, DAMIAN LOUGHRAN and DENISE LOUGHRAN, as Co-Personal Representatives of the Estate of CARA MARIE LOUGHGRAN, deceased, ANTHONY MONTLTO and*

/s/ *Curtis B. Miner, Esq.*
Curtis B. Miner, Esq.
curt@colson.com
**Colson Hicks Eidson, P.A.**
255 Alhambra Circle, Suite PH
Coral Gables, FL 33134

*Counsel for Plaintiff BENJAMIN WIKANDER*

/s/ *Michael A. Goldfard, Esq.*
Michael A. Goldfard, Esq.
michael@goldfarblaw.com
**Goldfarb Law, P.A.**
75 Valencia Avenue, Suite 100
Miami, FL 33134

/s/ *Alan Goldfarb, Esq.*
Alan Goldfard, Esq.
agoldfarb@goldfarbpa.com
**Alan Goldfarb, P.A.**
100 SE 2nd Street
Bank of America Tower, Suite 4500
Miami, FL 33131

*Counsel for Plaintiff ALEXANDER DWORET and MITCHELL DWORET and ANIKA DWORET, as Co-Personal Representatives of the ESTATE OF NICHOLAS DWORET, deceased*

/s/ *John E. Leighton, Esq.*
John E. Leighton, Esq.
John@leightonlaw.com
**Leighton Law, P.A.**
1401 Brickell Avenue, Suite 900
Miami, FL 33131

*Counsel for Plaintiffs WILLIAM OLSON and MARIAN KABACHENKO*

*JENNIFER MONTALTO, deceased, and KONG FENG WANT a/k/a JACKY WANG and HUI YING ZHENG a/k/a LINDA WANG as Co-Personal Representative of the Estate of PETER WANG, deceased*

/s/ *Adam Balkan, Esq.*
Adam Balkan, Esq.
adam@balkanpatterson.com
**Balkan & Patterson LLP**
1877 S Federal Highway, Suite 100
Boca Raton, FL 33432-7466

*Counsel for Plaintiffs MELISSA FEIS, as Personal Representative of the Estate of AARON FEIS, deceased and DEBA HIXON, as Personal Representative of the Estate of CHRISTOPHER HIXON, deceased*

/s/ *Alex Arreaza, Esq.*
Alex Arreaza, Esq.
The Law Office of Alex Arreaza
320 W Oakland Park Blvd.
Wilton Manors, FL 33311-1710

*Counsel for Plaintiff ANTHONY BORGES*

/s/ *Michael A. Wasserman, Esq.*
Michael A. Wasserman, Esq.
mwasserman@800goldlaw.com
**Law Offices of Craig Goldenfarb**
1800 S. Australian Avenue, Suite 400
West Palm Beach, FL 33409-6450

*Counsel for Plaintiffs VINCENT RAMSAY and ANNE RAMSAY as Co-Personal Representatives of the ESTATE OF HELENA RAMSEY, deceased*

/s/ *David W. Brill, Esq.*
David W. Brill, Esq.
david@brillrinaldi.com
Joseph J. Rinaldi, Jr.
joe@brillrinaldo.com
**Brill & Rinaldi, The Law Firm**
17150 Royal Palm Blvd., Suite 2
Weston, FL 33326-2333

*Counsel for Plaintiffs, MADELEINE "MADDY" WILFORD, TOM HOYER and GENA HOYER, as Co-Personal Representatives of the Estate of LUKE HOYER, deceased, ANDREW POLLACK as Co-Personal Representative of the Estate of MEADOW POLLACK, deceased, and RYAN PETTY and KELLY PETTY, as Co-Personal Representative of the Estate of ALAINA PETTY, deceased, and MAX CHACHTER, as Personal Representative of the Estate of ALEXANDER SCHACHTER, deceased*

/s/ *Todd J. Michaels, Esq.*
Michael A. Haggard, Esq.
mah@haggardlawfirm.com
Todd J. Michaels, Esq.
tjm@haggardlawfirm.com
**The Haggard Law Firm**
330 Alhambra Circle
Coral Gables, FL 33134

*Counsel for Plaintiffs STACEY LIPPEL, LINDA BEIGEL as Personal Representatives of the Estate of SCOTT BEIGEL, deceased, PATRICIA PADUAY OLIVER and MANUEL OLIVER as Co-Personal Representatives of the Estate of JOAQUIN OLIVER, deceased*

/s/*Jay Cohen, Esq.*
Jay Cohen, Esq.
jcohen@jaycohenlaw.com
**Cohen, Blostein & Ayala, P.A.**
100 SE 3rd Avenue, Suite 1100
Fort Lauderdale, FL 33394

*Counsel for Plaintiffs J.H., A.P., ELIZABETH STOUT, FELICIA BURGIN, GIULIA GARCIA, MADISON KING, NOAH PACE, HAYDEN KORR, DOMINIC TIMPONE, and ALLESSANDRA WEBER, TIA BELL WILLIAMS, as Natural Parent and on behalf of M.W.*

/s/ *Robert Kelley, Esq.*
Robert W. Kelley, Esq.
rwk@kulaw.com
Kimberly Wald, Esq.
klw@kulaw.com
**Kelley Uustal**
500 N. Federal Highway, Suite 200
Fort Lauderdale, FL 33301

*Counsel for Plaintiffs KYLE LAMAN, SAMANTHA GRADY, SAMANTHA FUENTES, SAMANTHA MAYOR, ILAN ALHADEFF and LORI ALHADEFF, as Co-Personal Representatives of the estate of ALYSSA ALHADEFF, deceased*