UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61737-CIV-DIMITROULEAS

ROYER BORGES and EMELY DELFIN,
as parents and guardians of
ANTHONY BORGES,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on Plaintiffs' Unopposed Motion for Entry of Order for Voluntarily Dismissal [DE 537] in case no. 18-cv-62758-WPD, (the "Voluntary Dismissal" or the "Motion"), filed herein on April 25, 2022. The Court has considered the Voluntary Dismissal, notes that it is unopposed by the government, and is otherwise fully advised in the premises.

Plaintiffs move to voluntarily dismiss this action under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." *See* Fed. R. Civ. P. 41(a)(2). Such a dismissal is considered without prejudice unless otherwise specified by the Court. *Id.* "The district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." *Potenberg v. Boston Sci. Corp.*, 252 F.3d 1253, 1255 (11th Cir. 2001).

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Voluntary Dismissal [DE 537] in case no. 18-cv-62758-WPD is **GRANTED**;

2. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the Plaintiffs' unopposed request, this case is hereby **DISMISSED WITH PREJUDICE**;

3. Each side shall bear its own costs, expenses, and fees, and this District Court shall not retain jurisdiction over the above-captioned action, this settlement, or the United States, but retains jurisdiction over the attorney's fee dispute.

4. The Clerk is directed to **CLOSE** this case.

5. The Clerk is directed to docket this Order in case no. 18-cv-62758-WPD (where the motion was filed) and in case no. 20-cv-61737-WPD (this individual case).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of April, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record