**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED ACTION
Case No. 18-62758-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

## MOTION FOR STATUS CONFERENCE

The undersigned respectfully request that the Court hold a status conference to address pending matters and scheduling with respect to the motion for common benefit fees [D.E. 418].

The parties' efforts to resolve the fees motion have reached an impasse. In the last several weeks, there have been three settlement conferences between representatives of both sides of the fee motion. Those meetings have totaled at least 6 hours in length. Prior to that, mediator Bruce Greer, Esq. met separately with representatives of both sides to facilitate settlement talks. There have been other meetings and conversations as well with respect to settlement since the fee motion was filed in December 2021. Notwithstanding these efforts over the course of several months, the parties have not been able to reach agreement. As such, the undersigned respectfully submit that the matter should move towards getting the fees motion in a posture where the Court is able to rule.

There are several preliminary matters to be determined before a hearing on the fees motion. First, the undersigned's motion to compel Podhurst and Rennert to engage in discovery is pending [D.E. 459]. Second, the undersigned have requested a deadline for the submission of rebuttal expert declarations [D.E. 530 at 3-4]. Third, the undersigned intend to file a motion requesting leave to submit certain documents to the Court for consideration.[1]  Fourth, the parties disagree over whether the hearing on the fees motion should be evidentiary or not. The Court's resolution of these issues will necessarily impact the timing and scope of the final hearing on the fees motion.

---

[1] The undersigned recently received a production of documents from Podhurst and Rennert per their recent notice to the Court [D.E. 539]. However, Podhurst and the government have expressed an objection to certain such documents being submitted to, and considered by, the Court with respect to the fees motion.

A status conference offers an opportunity to confirm what remains to be resolved before the final hearing on the fees motion. It will help ensure that the final hearing on the motion is as streamlined and efficient as possible.

## CONCLUSION

For the foregoing reasons, the undersigned respectfully request that the Court hold a status conference with respect to the pending fees motion and related issues.

## LOCAL RULE 7.1 MEET AND CONFER CERTIFICATE

On May 19, 2022, undersigned counsel Alex Arteaga-Gomez, Esq. conferred with Podhurst and Rennert, who advised that they take no position on the relief requested but leave it to the Court's discretion.

Respectfully submitted,

*s/ Alex Arteaga-Gomez, Esq.*
**STUART Z. GROSSMAN, ESQ.**
szg@grossmanroth.com
**NEAL A. ROTH, ESQ.**
nar@grossmanroth.com
**ALEX ARTEAGA-GOMEZ, ESQ.**
aag@grossmanroth.com
**Grossman, Roth, Yaffa Cohen, P.A.**
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134

*Counsel for Plaintiffs ASHLEY MARIE BAEZ, ISABEL CHEQUER, DAMIAN LOUGHRAN and DENISE LOUGHRAN, as Co-Personal Representatives of the Estate of CARA MARIE LOUGHRAN, deceased, ANTHONY MONTALTO and JENNIFER MONTALTO, as Co-Personal Representatives of the Estate of GINA ROSE MONTALTO, deceased, and KONG FENG WANG a/k/a JACKY WANG and HUI YING ZHENG a/k/a LINDA WANG as Co-Personal Representative of the Estate of PETER WANG, deceased*

*s/Curtis B. Miner, Esq.*
**CURTIS B. MINER, ESQ.**
curt@colson.com
**Colson Hicks Eidson, P.A.**
255 Alhambra Circle, Ste PH
Coral Gables, FL 33134
*Counsel for Plaintiff: BENJAMIN WIKANDER*

*s/Todd J. Michaels, Esq.*
**MICHAEL A. HAGGARD, ESQ.**
mah@haggardlawfirm.com
**TODD J. MICHAELS, ESQ.**
tjm@haggardlawfirm.com
**The Haggard Law Firm**
330 Alhambra Circle
Coral Gables, FL 33134

*Counsel for Plaintiffs STACEY LIPPEL, LINDA BEIGEL as Personal Representative of the Estate of SCOTT BEIGEL, deceased, PATRICIA PADUAY OLIVER and MANUEL OLIVER as Co-Personal Representatives of the Estate of JOAQUIN OLIVER, deceased*

*s/Jay Cohen, Esq.*
**JAY COHEN, ESQ.**
jcohen@jaycohenlaw.com
**Cohen, Blostein & Ayala, P.A.**
100 SE 3rd Avenue, Suite 1100
Fort Lauderdale, FL 33394

*Counsel for Plaintiffs J.H., A.P., ELIZABETH STOUT, FELICIA BURGIN, GIULIA GARCIA, MADISON KING, NOAH PACE, HAYDEN KORR, DOMINIC TIMPONE, and ALESSANDRA WEBER, TIA BELL WILLIAMS, as Natural Parent and on behalf of M.W.*

 *s/David W. Brill, Esq.*
**DAVID W. BRILL, ESQ.**
david@brillrinaldi.com
**JOSEPH J. RINALDI, JR.**
joe@brillrinaldi.com
**Brill & Rinaldi, The Law Firm**
17150 Royal Palm Blvd., Suite 2
Weston, FL 33326-2333

*Counsel for Plaintiffs MADELEINE "MADDY" WILFORD, TOM HOYER and GENA HOYER, as Co-Personal Representatives of the Estate of LUKE HOYER, deceased, ANDREW POLLACK as Co-Personal Representative of the Estate of MEADOW POLLACK, deceased, and RYAN PETTY and KELLY PETTY, as Co-Personal Representative of the Estate of ALAINA PETTY, deceased, and MAX SCHACHTER, as Personal Representative of the Estate of ALEXANDER SCHACHTER, deceased*

*s/Robert Kelley, Esq.*
**ROBERT W. KELLEY, ESQ.**
rwk@kulaw.com
**KIMBERLY WALD, ESQ.**
klw@kulaw.com
**Kelley Uustal**
500 N. Federal Highway, Suite 200
Ft. Lauderdale, FL 33301

*Counsel for Plaintiffs KYLE LAMAN, SAMANTHA GRADY, SAMANTHA FUENTES, SAMANTHA MAYOR, ILAN ALHADEFF and LORI ALHADEFF, as Co-Personal Representatives of the Estate of ALYSSA ALHADEFF, deceased*

*s/Michael A. Goldfarb, Esq.*
**MICHAEL A. GOLDFARB, ESQ.**
michael@goldfarblaw.com
**Goldfarb Law, P.A.**
75 Valencia Avenue, Suite 100
Miami, FL 33134

*s/Alan. Goldfarb, Esq.*
**ALAN GOLDFARB, ESQ.**
agoldfarb@goldfarbpa.com
**Alan Goldfarb, P.A.**
100 SE 2nd Street
Bank of America Tower Suite 4500
Miami, FL 33131

*Counsel for Plaintiff ALEXANDER DWORET and MITCHELL DWORET and ANIKA DWORET, as Co-Personal Representatives of the ESTATE of NICHOLAS DWORET, deceased*

*s/Tracy Considine, Esq.*
**TRACY CONSIDINE, ESQ.**
tconsidine@tcjaxlaw.com
**TRACY CONSIDINE, P.A.**
1 Sleiman Parkway, Ste 210
Jacksonville, Fl.  32216

*Counsel for Plaintiff SHARA KAPLAN as Co-Personal Representative of the Estate of MEADOW POLLACK, deceased*

*s/Adam Balkan, Esq.*
**ADAM BALKAN, ESQ.**
adam@balkanpatterson.com
**Balkan & Patterson**
1877 S Federal Hwy Ste 100
Boca Raton, FL 33432-7466

*Counsel for Plaintiffs MELISSA FEIS, as Personal Representative of the Estate of AARON FEIS, deceased, and DEBRA HIXON, as Personal Representative of the Estate of CHRISTOPHER HIXON, deceased*

*s/Alex Arreaza, Esq.*
**ALEX ARREAZA, ESQ.**
The Law Office of Alex Arreaza
320 W Oakland Park Blvd
Wilton Manors, FL 33311-1710

*Counsel for Plaintiff ANTHONY BORGES*

*s/Michael A. Wasserman, Esq.*
**MICHAEL A. WASSERMAN, ESQ.**
mwasserman@800goldlaw.com
**Law Offices of Craig Goldenfarb**
1800 S Australian Avenue, Suite 400
West Palm Beach, FL 33409-6450

*Counsel for Plaintiffs VINCENT RAMSAY and ANNE RAMSAY as Co-Personal Representative of the Estate of HELENA RAMSEY, deceased*

*s/John E. Leighton, Esq.*
**JOHN E. LEIGHTON, ESQ.**
john@leightonlaw.com
**Leighton Law, P.A.**
1401 Brickell Avenue, Suite 900
Miami, FL 33131

*Counsel for Plaintiffs WILLIAM OLSON and MARIAN KABACHENKO*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by the Court CM/ECF system on this 20th day of May, 2022.

By:   *s/Alex Arteaga-Gomez, Esq.*
      **ALEX ARTEAGA-GOMEZ, ESQ.**