UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION
18-CIV-62758-Dimitrouleas

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION

_____/

**FINAL WITNESS & EXHIBIT LIST OF COUNSEL OPPOSING
MOTION FOR COMMON BENEFIT FEES**

The undersigned law firms opposing Podhurst Orseck, P.A.'s motion for common benefit fees, Grossman Roth Yaffa Cohen, P.A., The Haggard Law Firm, Colson Hicks Eidson, P.A., Cohen, Blostein & Ayala P.A., Leighton Law, P.A., Alan Goldfarb, P.A., Goldfarb Law, P.A., Brill & Rinaldi, The Law Firm, Law Offices of Craig Goldenfarb, Balkan & Patterson LLP, Kelley Uustal PLC, the Law Office of Alex Arreaza, and Tracy Considine, P.A., pursuant to this Court's Order of June 10, 2022, D.E. 543, and the agreement with opposing counsel of Podhurst Orseck, P.A. and Rennert Vogel Mandler & Rodriguez, P.A., as set forth in the Joint Status Report of Jule 1, 2022, D.E. 548, hereby file their final list of witnesses and exhibits for the hearing on the motion for common benefit fees, scheduled for November 16 and 17, 2022. The undersigned reserve the right to amend these lists.

## WITNESS LIST

*Witnesses who are likely to be called:*

1. Neal A. Roth, Esq.
   Grossman Roth Yaffa Cohen, P.A.
   2525 Ponce de Leon Blvd., Suite 1150
   Coral Gables, FL 33134-6040

2. Jay Cohen, Esq.
   Cohen, Blostein & Ayala, PA
   100 SE 3rd Avenue, Suite 1100
   Fort Lauderdale, FL 33394-0002

3. David W. Brill, Esq.
   Brill & Rinaldi, The Law Firm
   17150 Royal Palm Blvd., Suite 2
   Weston, FL 33326-2333

1

4. Curtis B. Miner, Esq.
   Colson Hicks Eidson, P.A.
   255 Alhambra Circle, Ste PH
   Coral Gables, FL 33134

5. John Uustal, Esq.
   Kelley Uustal PLC
   500 North Federal Highway, #200
   Fort Lauderdale, FL 33301

6. Robert Kelley, Esq.
   Kelley Uustal PLC
   500 North Federal Highway, #200
   Fort Lauderdale, FL 33301

7. Kimberly Wald, Esq.
   The Haggard Law Firm
   330 Alhambra Circle
   Coral Gables, FL 33134

8. Kristina M. Infante, Esq.
   Podhurst Orseck, P.A.
   1 SE 3rd Avenue, Suite 2300
   Miami, FL 33131-1716

*Witnesses who may be called if needed:*

1. Steven C. Marks, Esq.
   Podhurst Orseck, P.A.
   1 S.E. 3rd Avenue, Suite 2300
   Miami, FL 33131-1716

2. Todd Michaels, Esq.
   The Haggard Law Firm
   330 Alhambra Circle
   Coral Gables, FL 33134

3. Aaron Podhurst, Esq.
   Podhurst Orseck, P.A.
   1 S.E. 3rd Avenue, Suite 2300
   Miami, FL 33131-1716

4. Robert Stein, Esq.
   Rennert Vogel Mandler & Rodriguez, P.A.
   100 SE 2nd St Ste 2900
   Miami, FL 33131-2119

5. Stephen Rosenthal, Esq.
   Podhurst Orseck, P.A.
   1 S.E. 3rd Avenue, Suite 2300
   Miami, FL 33131-1716

6. Pablo Rojas, Esq.
   Podhurst Orseck, P.A.
   1 S.E. 3rd Avenue, Suite 2300
   Miami, FL 33131-1716

7. Any individuals listed by Podhurst Orseck, P.A.

8. Any individuals listed by Rennert, Vogel, Mandler & Rodriguez, P.A.

## **EXHIBIT LIST**

| EX. NO. | **E-MAILS & TEXT MESSAGES** |
|---|---|
| 1 | May 24, 2018, Emails b/w D. Silverio, K. Infante & AAG re. legal research (Protected Material) |
| 2 | November 13, 2018, Email fr. K. Infante to Group re. filing of FBI complaint (Protected Material) |
| 3 | November 13-14, 2018, Email re. K. Infante request to hold filing federal cases (Protected Material) |
| 4 | March 11, 2019, Email b/w K. Infante & Group re. Gov't Motion to Dismiss (Protected Material) |
| 5 | April 9-19, 2019, Emails re. legislative efforts, press, injury forms & Colton retainer (Protected Material) |
| 6 | April 15, 2019, Email b/w K. Infante & Group re. Discovery Orders (Protected Material) |
| 7 | April 15, 2019, Emails b/w S. Rosenthal & Group re. signatures to JPA (Protected Material) |
| 8 | July 7-9, 2019, Emails b/w K. Infante & Group re. filing federal suit (Protected Material) |
| 9 | August 12, 2019, Emails b/w AAG, Stein & Infante re. client help on federal case (Protected Material) |
| 10 | December 6, 2019, Emails re. S. Rosenthal seeking claim bill advice (Protected Material) |
| 11 | December 27, 2019, Emails b/w K. Infante, Stein, AAG re. AAG state case work (Protected Material) |

*IN RE: MARJORY STONEMAN DOUGLAS*
*HIGH SCHOOL SHOOTING FTCA LITIGATION*
*CASE NO.: 18-CIV-62758-Dimitrouleas*

| | |
|---|---|
| 12 | February 2, 2020, Email fr. K. Infante to Group sharing federal complaint (Protected Material) |
| 13 | March 25, 2020, Emails b/w Infante, Marlow and Stein re. federal amended complaint (Protected Material) |
| 14 | March 26, 2020, Email b/w K Infante & Group sharing federal amended complaint (Protected Material) |
| 15 | April 6, 2020, Emails b/w AAG, Infante re. no objection to federal case consolidation (Protected Material) |
| 16 | April 9, 2020, Emails b/w AAG, Marlowe & K. Infante re. federal amended complaint joinder (Protected Material) |
| 17 | April 17, 2020, Emails bw Infante & Marlowe re. amended complaint joinder (Protected Material) |
| 18 | May 4, 2020, Email bw AAG, Stein re Joint Motion for Extension on FBI MTD (Protected Material) |
| 19 | May 8, 2020, Email bw AAG, Infante, MSD PL Group re Draft Response to FBI MTD (Protected Material) |
| 20 | May 22, 2020, Email b/w AAG, Infante re. surreply on FBI MTD (Protected Material) |
| 21 | June 22, 2020-May 29, 2020, E-mails re: coordinating federal & state schedules (Protected Material) |
| 22 | July 1, 2020, Email b/w Brill, Infante, P. Rojas, Wald re Affirmance by 4th DCA Re Medina MTD (Protected Material) |
| 23 | October 13-14, 2020, Emails re. federal case & note by K. Infante to D. Brill re. state case work (Protected Material) |
| 24 | October 26-Novermber 4, 2020, Emails re. appointment of K. Infante as federal lead (Protected Material) |
| 25 | November 5, 2020, Email bw Infante, Perwin Re Parkland Henderson Appeal (Protected Material) |
| 26 | November 13, 2020, Emails re. state trial structure memo & note by K. Infante to AAG (Protected Material) |
| 27 | December 3, 2020, Email bw Infante, Brill, Perwin, MSD PL Group re FBI Case Mediator Selection (Protected Material) |
| 28 | December 11, 2020, Email bw Infante, Brill re FBI Case Initial Disclosures (Protected Material) |
| 29 | February 8, 2021, Email bw Infante, Wald, Michaels, AAG re Draft Response to Runcie MPO Re Depo (Protected Material) |

| | | |
|---|---|---|
| 30 | May 14, 2021, Emails re. cost sharing in federal & state cases (Protected Material) | |
| 31 | June 2, 2021, Text Message fr. S. Marks to S. Grossman re. mediation w/ verification (Protected Material) | |
| 32 | June 5, 2020, Email bw AAG, Marks, Infante, J. Pupo re. settlement allocation work (Protected Material) | |
| 33 | June 7, 2021, Email bw Marino, J. Pupo, Infante re USA's Responses to Discovery (Protected Material) | |
| 34 | July 29, 2021, Email bw Infante, MSD PL Group re Response to FBI RFP to all Plaintiffs (Protected Material) | |
| 35 | August 6, 17, 2021, Emails re. federal expert opinion & D. Brill's idea (Protected Material) | |
| 36 | August 8, 2021, Email bw AAG, MSD PL Group re Zoom Meetings this week with WD families (Protected Material) | |
| 37 | August 10, 2021, Emails re. Podhurst as rep. at FBI mediation (Protected Material) | |
| 38 | August 23, 2021, Emails b/w Infante & Group re FBI Update (Protected Material) | |
| 39 | September 20-21, 2021, Emails re. federal case & congratulatory note by K. Infante re. state settlement (Protected Material) | |
| 40 | September 30, 2021, Emails bw AAG, B. Freeman, Infante, Wald re Expert disclosures in state court actions (Protected Material) | |
| 41 | November 7, 2021, Emails bw Infante, MSD PL Group re Parkland Settlement Negotiations (Protected Material) | |
| 42 | November 9-14, 2021, E-mails re. K. Infante's settlement authority (Protected Material) | |
| 43 | November 23 & December 28, 2021, Emails b/w P. Stern, N. Roth, & K. Infante re. federal case release (Protected Material) | |
| 44 | November 29-December 10, 2021, Marks, Feinberg Text Messages (Protected Material) | |
| 45 | December 17, 2021, Emails w. K. Infante re. status of federal case release (Protected Material) | |
| 46 | December 21, 2021, Email fr Stern to Pl Counsel setting 12.29.2021 Deadline re. Allocation (Protected Material) | |
| 47 | December 27, 2021, Email fr Roth to Stern re Allocation Resolved (Protected Material) | |

| | |
|---|---|
| 48 | January 5, 2022, E-mails b/w Roth & Infate re. request gov't comms (Protected Material) |
| 49 | February 9, 2022, E-mails bw Infante & A. Arreaza re. Jeopardizing Settlement (Protected Material) |
| 50 | February 10, 2022, Emails bw Infante & Roth re Settlement Contribution Agreement (Protected Material) |
| **AGREEMENTS** | |
| 51 | Confidentiality and Joint Prosecution Agreement (Protected Material) |
| 52 | Settlement Agreement & Release with School Board of Broward County, December 14, 2021 |
| **FEDERAL COURT PLEADINGS** | |
| 53 | Gov't Motion to Consolidate for Pretrial Proceedings, March 27, 2020 |
| 54 | Amended Order Granting Motion to Consolidate for Pretrial Proceedings, April 8, 2020 |
| 55 | Def. United States of America's Answer to Plaintiffs' Consolidated Verified Amended Complaint, October 14, 2020 |
| 56 | Unopposed Motion for Appointment of Lead Counsel, November 12, 2020 |
| 57 | Order Granting Motion for Appointment of Lead Counsel, November 12, 2020 |
| 58 | Federal Protective Orders Re: Medical Providers, August 5, 2021 |
| 59 | Federal Protective Orders Re: State Agencies, August 5, 2021 |
| 60 | Joint Notice of Agreement to Settle and Motion to Stay Proceedings, November 22, 2021 |
| 61 | Joint Status Report, December 20, 2021 |
| 62 | Order re. Settlement, December 21, 2021 |
| 63 | Order to Show Cause re. Dismissal & Trial, Feb. 10, 2022 |
| 64 | Order Re. Dismissal, Feb. 15, 2022 |
| **STATE COURT TRIAL PLEADINGS** | |
| 65 | Docket Sheet, In Re. Marjory Stoneman Douglas High School, Case No. CACE1980000 |
| 66 | Plaintiff Pollack's Response to Def. Peterson's Amended Motion to Dismiss Amended Complaint, October 9, 2018 |

| | |
|---|---|
| **67** | Response to Medina Motion to Dismiss Pollack Complaint, November 2, 2018 |
| **68** | Order Denying Def. Peterson's Motion to Dismiss, January 14, 2019 |
| **69** | Order Denying Def. Medina's Motion to Dismiss, February 25, 2019 |
| **70** | Complaint and Demand for Jury Trial, Estate of Joaquin Oliver, April 10, 2019 |
| **71** | Complaint and Demand for Jury Trial, Estate of Carmen Schentrup, April 10, 2019 |
| **72** | Complaint and Demand for Jury Trial, Estate of Jaime Guttenberg, April 10, 2019 |
| **73** | Order Assigning Liaison Counsel, May 7, 2019 |
| **74** | Liability Phase Case Management Order, July 2, 2019 |
| **75** | Plaintiffs' Response to SBBC's Partial Motion to Dismiss and Motion to Strike, December 27, 2019 |
| **76** | Complaint and Demand for Jury Trial, J.A. Colton, June 5, 2020 |
| **77** | Order on Def. SBBCs Partial Motion to Dismiss & Strike, February 8, 2021 |
| **78** | Plaintiffs Colton & Guttenberg Notice of Adoption of Plaintiff Alhadeff's Notice of Filing Disclosure of Expert Witnesses, June 4, 2021 |
| **79** | Plaintiff Schentrup's Notice of Adoption of Plaintiff Alhadeff's Notice of Filing Disclosure of Expert Witnesses, June 4, 2021 |
| **80** | All State Court Defendants' Expert Disclosures, Combined, June 4-7, 2021 |
| **81** | Sign In Sheet - 1200 Building Inspection, Aug 3, 2021 |
| **STATE COURT APPELLATE PLEADINGS** | |
| **82** | Peterson Appeal Docket, Fourth District Court of Appeal |
| **83** | Answer Brief of Appellee-Plaintiff Pollack Re. Peterson Motion to Dismiss, May 16, 2019 |
| **84** | Peterson v. Pollack, 290 So. 3d 102 (Fla. 4th DCA Feb. 12, 2020) |
| **85** | Medina Appeal Docket, Fourth District Court of Appeal |
| **86** | Answer Brief of Appellee-Plaintiff Pollack Re. Medina Motion to Dismiss, August 1, 2019 |
| **87** | Medina v. Pollack, 300 So. 3d 173 (Fla. 4th DCA July 1, 2020). |
| **OTHER PODHURST ORSECK CASE PLEADINGS** | |

*IN RE: MARJORY STONEMAN DOUGLAS*
*HIGH SCHOOL SHOOTING FTCA LITIGATION*
*CASE NO.: 18-CIV-62758-Dimitrouleas*

| | |
|---|---|
| 88 | BCBS MDL Pleadings |
| 89 | GM Ignition MDL Pleadings |
| 90 | NFL MDL Pleadings |
| 91 | Takata MDL Pleadings |
| 92 | Order Appointing Plaintiffs' Org. Structure, In re Ethiopian Airlines, Sept. 17, 2019 |
| **PLAINTIFFS' STATEMENTS AND AFFIDAVITS** | |
| 93 | Alessandra Weber Signed Statement; Jay Cohen, Esq., Counsel, January 4, 2022. |
| 94 | Alexander Dworet Signed Statement; Michael Goldfarb, Esq., Counsel, January 27, 2022. |
| 95 | Andrew Pollack Signed Statement; David Brill, Esq., Counsel, January 11, 2022. |
| 96 | Annika Dworet Signed Affidavit; Michael Goldfarb, Esq., Counsel, January 13, 2022. |
| 97 | Ashley Marie Baez Signed Statement; Alex Arteaga-Gomez, Esq., Counsel, January 31, 2022. |
| 98 | Ayana Perkovich Signed Statement; Jay Cohen, Esq., Counsel, January 4, 2022. |
| 99 | Damian & Denise Loughran Signed Statement; Alex Arteaga-Gomez, Esq., Counsel, January 21, 2022. |
| 100 | Elizabeth Stout Signed Statement; Jay Cohen, Esq., Counsel, January 4, 2022. |
| 101 | Emely Delfin, Royer Borges & Anthony Borges Signed Affidavit; Alex Arreaza, Esq., Counsel, January 5, 2022. |
| 102 | Felicia Burgin Signed Statement; Jay Cohen, Esq., Counsel, January 4, 2022. |
| 103 | Isabel Chequer Signed Statement; Alex Arteaga-Gomez, Esq., Counsel, January 22, 2022. |
| 104 | Joseph Henderson Signed Statement; Jay Cohen, Esq., Counsel, January 4, 2022. |
| 105 | Linda Beigel Schulman & Michael Schulman as P.R.s of the Estate of Scott Beigel Signed Affidavit; Todd Michaels Esq., Counsel, January 5, 2022. |
| 106 | Maddy Wilford Signed Statement; David Brill Esq., Counsel, January 27, 2022. |
| 107 | Madison King Signed Statement; Jay Cohen, Esq., Counsel, January 4, 2022. |
| 108 | Manuel Oliver & Patricia Padauy as P.R.s of the Estate of Joaquin Oliver Signed Affidavit; Todd Michaels Esq., Counsel, January 5, 2022. |
| 109 | Marian Kabachenko Signed Statement; John E. Leighton Esq., Counsel, January 20, 2022. |

| | |
|---|---|
| 110 | Max Schachter Letter opposing Podhurst Fees; David Brill Esq., Counsel, January 17, 2022. |
| 111 | Mitchell Dworet Signed Statement; Michael Goldfarb Esq., Counsel, January 13, 2022. |
| 112 | Ryan Petty Signed Statement; David Brill Esq., Counsel, January 4, 2022. |
| 113 | Stacey Lippel Signed Affidavit; Todd Michaels Esq., Counsel, January 4, 2022. |
| 114 | Tom & Gena Hoyer Signed Statement; David Brill, Counsel, January 5, 2022. |
| 115 | William Olson Signed Statement; John E. Leighton Esq., Counsel, January 20, 2022. |
| **ATTORNEY STATEMENTS** ||
| 116 | Statement of Adam Balkan, Esq., dated January 31, 2022 |
| 117 | Statement of Alan Goldfarb, Esq., dated January 28, 2022 |
| 118 | Statement of Curtis Miner, Esq., dated February 1, 2022 |
| 119 | Statement of David W. Brill, Esq., dated February 1, 2022 |
| 120 | Statement of Jay Cohen, Esq., dated February 1, 2022 |
| 121 | Statement of Kimberly L. Wald, Esq., dated February 3, 2022 |
| 122 | Statement of Max N. Panoff, Esq., dated February 2, 2022 |
| 123 | Statement of Michael Wasserman, Esq., dated February 1, 2022 |
| 124 | Statement of Todd Michaels, Esq., dated February 3, 2022 |
| 125 | Statement of Tracy Considine, Esq., dated February 2, 2022 |
| 126 | Affidavit of David W. Brill, Esq., (regarding state court common costs) dated February 2, 2022. |
| 127 | Statement of Neal A. Roth, Esq., dated February 3, 2022 |
| 128 | Statement of Manuel "Alex" Arteaga-Gomez, Esq., dated February 3, 2022 |
| **ATTORNEY MEETING AGENDAS** ||
| 129 | Attorney Meeting Agendas from June 2018 to January 2020 (Protected Material) |

| | **SUMMARY CHARTS** |
|---|---|
| **130** | Chart of Consolidated Federal/State Plaintiff Depositions |
| **131** | Chart of State Case Liability Depositions |
| **132** | Chart of State Case Hearings |
| | **EXPERT DECLARATIONS** |
| **133** | Professor Charles Silver's Expert Declaration and Curriculum Vitae (Exhibit A) |
| **134** | Professor Andrew Kull's Expert Declaration and Curriculum Vitae (Exhibit A) |
| **135** | Professor Charles Silver's Rebuttal Expert Declaration |
| | **OPPOSING EXPERT WILLIAM RUBENSTEIN'S PRIOR LITERATURE** |
| **136** | Newberg s. 15.5 Fee issues at a class action's outset Ex ante fee management |
| **137** | Newberg s. 15.6 Fee issues at a class action's outset Timekeeping requirements |
| **138** | Newberg s. 15.113 CBF - Arguments for and against |
| **139** | Newberg s. 15.115 CBF - Procs governing assessment & award |
| **140** | Newberg s. 15.117 CBF - Empirical data on frequency & size |
| **141** | William Rubenstein, *On What A Common Benefit Fee Is, Is Not, and Should Be*, Class Action Attorney Fee Digest, March 2009 |
| | **ADDITIONAL ATTORNEY DECLARATIONS** |
| **142** | Affidavit of Attorney John Leighton, Oct. 19, 2022 |
| **143** | Amended Affidavit of Attorney Adam Balkan, Oct. 20, 2022 |
| **144** | Supplemental Statement of Attorney Alan Goldfarb, Oct. 24, 2022 |
| **145** | Supplemental Statement of Attorney Tracy Considine, Oct. 10, 2022 |
| **146** | Manuel A. "Alex" Arteaga-Gomez, Esq.'s Amended & Supplemental Declaration, Oct. 27, 2022 w. attached Chart Exhibits |
| | **OTHER DOCUMENTS** |
| **147** | Chart of Form 95 Mailing Dates by Plaintiff |
| **148** | Chart of Chronological Filing Dates of FTCA Lawsuits, Claimant Names, Counsel of Record & Type of Case |
| **149** | Exemplar Federal Settlement Agreement (redacted) |

*IN RE: MARJORY STONEMAN DOUGLAS*
*HIGH SCHOOL SHOOTING FTCA LITIGATION*
*CASE NO.: 18-CIV-62758-Dimitrouleas*

| | |
|---|---|
| **150** | Any exhibits listed by Podhurst Orseck, P.A. |
| **151** | Any exhibits listed by Rennert Vogel Mandler & Rodriguez, P.A. |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by the Court CM/ECF system on this 27th day of October 2022.

**GROSSMAN ROTH YAFFA COHEN, P.A.**
2525 Ponce de Leon Boulevard, Suite 1150
Coral Gables, Florida 33134
Telephone:   (305) 442-8666
Facsimile:   (305) 285-1668
E-Mail: aag@grossmanroth.com
           irm@grossmanroth.com

By:   */s/Alex Arteaga-Gomez*
**ALEX ARTEAGA-GOMEZ, ESQ.**
Fla. Bar No.:  18122