**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CONSOLIDATED ACTION
Case No. 18-62758-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

**MOTION TO FILE CONFIDENTIAL SETTLEMENT
AGREEMENT FILE UNDER SEAL FOR IN CAMERA
REVIEW AND TO PERMIT MEDIATIOR TO ACCESS SAME**

The Law Firm of Rennert Vogel Mandler & Rodriguez, P.A. ("RVMR"), through undersigned counsel, hereby files this *Motion to File Confidential Settlement Agreement Under Seal for In Camera Review and to Permit Mediator to Access Same*, and in support says:

1. RVMR served as co-counsel to the Borges family, along with the Law Firm of Alex Arreaza (the "Arreaza Firm"), from the filing of their case on August 25, 2020 until February 6, 2022, when RVMR was discharged.

2. A dispute subsequently arose between several parties regarding RVMR's entitlement to a fee on the Borges matter. In a joint motion [D.E. 558] filed on August 22, 2022, it was disclosed that this dispute had been resolved through a Confidential Settlement Agreement (the "CSA") entered into by the Borges Family, RVMR, the Arreaza Firm, and the Haggard Law Firm.

3. Earlier, on or about January 27, 2022, when settlement allocations were being negotiated, counsel for the law firms opposing the common benefit fee in this case (the "Fee Objectors"), Neal Roth, requested *via* e-mail that RVMR and the Arreaza Firm each waive an equal portion of the attorneys' fee they earned on the Borges matter to which they would otherwise be entitled. Each firm agreed, and the fee concessions were memorialized in a written Settlement

Case 0:18-cv-62758-WPD   Document 618   Entered on FLSD Docket 01/16/2023   Page 2 of 5

Motion to File Confidential Settlement Under Seal for
In Camera Review and to Permit the Mediator Access to Same
Case No.: 18-62758-CIV-DIMITROULEAS
Page 2 of 5

Contribution Agreement drafted by Mr. Roth's law firm.[1] Through his direct involvement in this process, Mr. Roth acquired knowledge that, at best, RVMR and the Arreaza Law Firm would each be entitled to a maximum 12.5% fee on the Borges settlement, *i.e.*, ½ of the amount permitted under 28 U.S.C. § 2678. Further, Mr. Roth was fully aware that, per his request, each of the firms had already waived their right to a fee on the amount of the Borges settlement in excess of $5,000,000, and thus, the maximum each firm could earn would be a fee equal 11.36% of the gross recovery stated in the Settlement Contribution Agreement.

4. On November 14, 2022, the Court entered an Order [D.E. 589] requiring the Fee Objectors and those in favor of creating a common benefit fund (the "Movants") to disclose, among other things, the total amount of their respective retained fees from the underlying FTCA litigation. RVMR had previously noted in a filing that the amount of its retained fees was affected by the CSA. *See* D.E. 581 at 1.

5. During the subsequent evidentiary hearing held on November 16, 17, and 18 and December 9, 2022, the Fee Objectors submitted to the Court a summary containing the fees purportedly retained by all law firms, including the Movants.

6. Disagreeing with the representations made in the Fee Objectors' exhibit, Movants brought their own summary exhibit to an in chambers discussion, which was intended to portray a more accurate and complete summary of the information requested by the Court's Order. Movant's chart contained a handwritten notation again noting that the amount of RVMR's retained fees were subject to the terms of the CSA.

---

[1] The Settlement Contribution Agreement is not confidential, and its terms clearly and unambiguously support several of the facts contained in this motion and it is available for the Court's review if need arises.

Homer Bonner
1200 Four Seasons Tower | 1441 Brickell Avenue | Miami Florida 33131
305 350 5100 | www.homerbonner.com

Case 0:18-cv-62758-WPD   Document 618   Entered on FLSD Docket 01/16/2023   Page 3 of 5

Motion to File Confidential Settlement Under Seal for
In Camera Review and to Permit the Mediator Access to Same
Case No.: 18-62758-CIV-DIMITROULEAS
Page 3 of 5

7. During their closing argument on December 9, 2022, counsel for the Fee Objectors referenced the Borges fee and misleadingly argued that (i) the entire Borges settlement and fee should be allocated to RVMR (rather than split between RVMR and the Arreaza Firm); and (ii) the Arreaza Firm is immune from paying into any common benefit fund. *See* December 19, 2022 Evidentiary Hearing Trans. at 87:10-88:2. Moreover, counsel ignored the fee concessions noted in paragraph 3, *supra*. These statements and omissions were made despite counsel having actual knowledge as described above, and despite various filings, *e.g.*, D.E. 544, which all supported the conclusion that at best, RVMR would be entitled to an 11.36% fee. As of the date of this motion, RVMR has received less than that amount.

8. As to the inaccurate representation that the Arreaza Firm is immune from paying into any common benefit fund, the confidential terms of the CSA speak for themselves.

9. Despite a direct written request from RVMR's counsel on December 11, 2022, the Fee Objectors have been unwilling to correct the record, and instead, Mr. Roth, has demanded a copy of the CSA despite his not being a party to the agreement and having no legal right to see it.

10. The CSA contains a provision permitting its disclosure in the event of a Court Order.

11. RVMR also submits that the mediator presiding over the upcoming Court-ordered mediation should also have access to the CSA, should he request it.

12. RVMR has been put in a difficult position, as the Fee Objectors have speculated about the terms of the CSA in open Court, yet RVMR and the other parties to the CSA bargained for confidentiality as a material term of entering into it.

13. Therefore, to protect these rights and also ensure that the Court has all necessary facts and information before it as it considers the present common benefit fee motion, RVMR seeks an Order from the Court directing it to (i) file the CSA under seal so that the Court will have complete

Case 0:18-cv-62758-WPD   Document 618   Entered on FLSD Docket 01/16/2023   Page 4 of 5

Motion to File Confidential Settlement Under Seal for
In Camera Review and to Permit the Mediator Access to Same
Case No.: 18-62758-CIV-DIMITROULEAS
Page 4 of 5

information available to it and will not have to rely on Mr. Roth's speculation; and (ii) share the CSA with the mediator if so requested.

WHEREFORE, RVMR requests entry of an Order in accordance with the foregoing, and such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Undersigned counsel certifies that on January 12 and 13, 2023, Robert M. Stein, Esq., and Daniel S. Maland, Esq., on behalf of RVRM, conferred with Neal A. Roth, Esq., on behalf of the Fee Objectors *via* electronic mail. Mr. Roth objects to the CSA being produced to the Court or to the mediator unless he is able to see it, share it among the Fee Objectors, and reference its terms in filings with this court, despite being advised that each of those demands cannot be agreed to as they violate the confidentiality provisions in the CSA.

Additionally, undersigned counsel certifies that on January 12 and 13, 2023, Robert M. Stein, Esq., on behalf of RVMR, conferred with counsel for the other parties to the CSA, *i.e.*, the Borges Family, the Arreaza Firm, and the Haggard Law Firm, *via* electronic mail and text message. RVMR understands that they do not necessarily object to the Court or the mediator reviewing the CSA, but they would also like Mr. Roth to review it.

    Respectfully Submitted:

    RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.
    *Counsel for Rennert Vogel Mandler & Rodriguez, P.A.*
    Miami Tower
    100 S.E. Second Street, Suite 2900
    Miami, Florida 33131
    Telephone: (305) 577-4177

By:   */s/ Robert M. Stein*
      Robert M. Stein, Esq.
      Florida Bar No. 93936

Motion to File Confidential Settlement Under Seal for
In Camera Review and to Permit the Mediator Access to Same
Case No.: 18-62758-CIV-DIMITROULEAS
Page 5 of 5



1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Phone: (305) 350-5139
Fax: (305) 372-2738

By: */s/ Peter W. Homer*
    Peter W. Homer, Esq.
    Email: phomer@homerbonner.com
    Florida Bar No.: 291250

*Counsel for Rennert Vogel Mandler & Rodriguez, P.A.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record by the Court CM/ECF system on this 16th day of January 2023.

By: */s/ Peter W. Homer*
    Peter W. Homer