UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION
Case No. 18-62758-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

**JOINT NOTICE OF SETTLEMENT OF COMMON BENEFIT FEE MOTION &
MOTION TO VACATE HOLDBACK ORDERS, STRIKE ONE FILING,
AND FOR RETENTION OF JURISDICTION**

The parties to the common benefit fee dispute, Movants Podhurst Orseck, P.A. ("Podhurst") and Rennert Vogel Mandler & Rodriguez, P.A. ("RVMR"), and Respondents Grossman Roth Yaffa Cohen, P.A., The Haggard Law Firm, Colson Hicks Eidson, P.A., Cohen, Blostein & Ayala P.A., Leighton Law, P.A., Alan Goldfarb, P.A., Goldfarb Law, P.A., Brill & Rinaldi, The Law Firm, Law Offices of Craig Goldenfarb, Balkan, Patterson & Charbonnet, Kelley Uustal PLC, the Law Office of Alex Arreaza, and Tracy Considine, P.A., jointly state the following:

1. At mediation, the Movants and Respondents amicably resolved Podhurst's Motion for An Award of Common Benefit Fees, *see* D.E. 418 (the "Fee Motion"), and RVMR's joinder in same, *see* D.E. 420. They are in the process of finalizing the terms of a written confidential settlement agreement and mutual release. The parties have agreed that their agreement's terms shall remain confidential.

2. In connection with the Fee Motion, on April 8, 2022, the Court entered an Order at ECF 526 that requires the Respondents to temporarily hold back certain attorney's fees by the Respondents and subsequently extended such order (the "Holdback Orders"). Respondents request that the Court modify the Holdback Orders to permit the Respondents to comply with the parties' settlement agreement and disburse the remaining funds. Podhurst and Rennert do not oppose this request.

3. The parties jointly request that the Court strike the chart at ECF 624-1.

4. The parties jointly stipulate and agree that the Court shall retain jurisdiction to enforce the terms of the parties' confidential settlement agreement and mutual release.

Respectfully submitted,

**PODHURST ORSECK P.A.**
*Counsel for Frederic and Jennifer Guttenberg, as Co-Personal Representatives of the Estate of Jaime Guttenberg*
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 358-2800

By: /s/ Kristina M. Infante
Kristina M. Infante
FL Bar No: 112557
Steven C. Marks
FL Bar No. 516414

**RENNERT VOGEL MANDLER & RODRIGUEZ, P.A.**
*Counsel for Philip and April Schentrup, as Co-Personal Representatives of the Estate of Carmen M. Schentrup*
Miami Tower
100 S.E. Second Street, Suite 2900
Miami, Florida 33131
Telephone: (305) 577-4177
Facsimile: (305) 533-8519
E-mail: jtew@rvmrlaw.com
rstein@rvmrlaw.com
dperez@rvmrlaw.com

By: /s/ Robert M. Stein
Robert M. Stein, Esq.
Florida Bar No. 93936
Thomas S. Ward
Florida Bar No. 28624
Jeffrey A. Tew, Esq.
Florida Bar No. 121291

*s/ Alex Arteaga-Gomez, Esq.*
**STUART Z. GROSSMAN, ESQ.**
szg@grossmanroth.com
**NEAL A. ROTH, ESQ.**
nar@grossmanroth.com
**ALEX ARTEAGA-GOMEZ, ESQ.**
aag@grossmanroth.com
**Grossman, Roth, Yaffa Cohen, P.A.**
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134

*Counsel for Plaintiffs ASHLEY MARIE BAEZ, ISABEL CHEQUER, DAMIAN LOUGHRAN and DENISE LOUGHRAN, as Co-Personal Representatives of the Estate of CARA MARIE LOUGHRAN, deceased, ANTHONY MONTALTO and JENNIFER MONTALTO, as Co-Personal Representatives of the Estate of GINA ROSE MONTALTO, deceased, and KONG FENG WANG a/k/a JACKY WANG and HUI YING ZHENG a/k/a LINDA WANG as Co-Personal Representative of the Estate of PETER WANG, deceased*

*s/Jay Cohen, Esq.*
**JAY COHEN, ESQ.**
jcohen@jaycohenlaw.com
**Cohen, Blostein & Ayala, P.A.**
100 SE 3rd Avenue, Suite 1100
Fort Lauderdale, FL 33394

*Counsel for Plaintiffs J.H., A.P., ELIZABETH STOUT, FELICIA BURGIN, GIULIA GARCIA, MADISON KING, NOAH PACE, HAYDEN KORR, DOMINIC TIMPONE, and ALESSANDRA WEBER, TIA BELL WILLIAMS, as Natural Parent and on behalf of M.W.*

*s/Curtis B. Miner, Esq.*
**CURTIS B. MINER, ESQ.**
curt@colson.com
**Colson Hicks Eidson, P.A.**
255 Alhambra Circle, Ste PH
Coral Gables, FL 33134
*Counsel for Plaintiff: BENJAMIN WIKANDER*

*s/David W. Brill, Esq.*
**DAVID W. BRILL, ESQ.**
david@brillrinaldi.com
**JOSEPH J. RINALDI, JR.**
joe@brillrinaldi.com
**Brill & Rinaldi, The Law Firm**
17150 Royal Palm Blvd., Suite 2
Weston, FL 33326-2333

*Counsel for Plaintiffs MADELEINE "MADDY" WILFORD, TOM HOYER and GENA HOYER, as Co-Personal Representatives of the Estate of LUKE HOYER, deceased, ANDREW POLLACK as Co-Personal Representative of the Estate of MEADOW POLLACK, deceased, and RYAN PETTY and KELLY PETTY, as Co-Personal Representative of the Estate of ALAINA PETTY, deceased, and MAX SCHACHTER, as Personal Representative of the Estate of ALEXANDER SCHACHTER, deceased*

*s/Tracy Considine, Esq.*
**TRACY CONSIDINE, ESQ.**
tconsidine@tcjaxlaw.com
**TRACY CONSIDINE, P.A.**
1 Sleiman Parkway, Ste 210
Jacksonville, FL 32216
*Counsel for Plaintiff SHARA KAPLAN as Co-Personal Representative of the Estate of MEADOW POLLACK, deceased*

*s/Todd J. Michaels, Esq.*
**MICHAEL A. HAGGARD, ESQ.**
mah@haggardlawfirm.com
**TODD J. MICHAELS, ESQ.**
tjm@haggardlawfirm.com
**The Haggard Law Firm**
330 Alhambra Circle
Coral Gables, FL 33134

*Counsel for Plaintiffs STACEY LIPPEL, LINDA BEIGEL as Personal Representative of the Estate of SCOTT BEIGEL, deceased, PATRICIA PADUAY OLIVER and MANUEL OLIVER as Co-Personal Representatives of the Estate of JOAQUIN OLIVER, deceased*

*s/Robert Kelley, Esq.*
**ROBERT W. KELLEY, ESQ.**
rwk@kulaw.com
**KIMBERLY WALD, ESQ.**
klw@kulaw.com
**Kelley Uustal**
500 N. Federal Highway, Suite 200
Ft. Lauderdale, FL 33301

*Counsel for Plaintiffs KYLE LAMAN, SAMANTHA GRADY, SAMANTHA FUENTES, SAMANTHA MAYOR, ILAN ALHADEFF and LORI ALHADEFF, as Co-Personal Representatives of the Estate of ALYSSA ALHADEFF, deceased*

*s/Michael A. Goldfarb, Esq.*
**MICHAEL A. GOLDFARB, ESQ.**
michael@goldfarblaw.com
**Goldfarb Law, P.A.**
75 Valencia Avenue, Suite 100
Miami, FL 33134

*s/Alan. Goldfarb, Esq.*
**ALAN GOLDFARB, ESQ.**
agoldfarb@goldfarbpa.com
**Alan Goldfarb, P.A.**
100 SE 2nd Street
Bank of America Tower Suite 4500
Miami, FL 33131

*Counsel for Plaintiff ALEXANDER DWORET and MITCHELL DWORET and ANIKA DWORET, as Co-Personal Representatives of the ESTATE of NICHOLAS DWORET, deceased*

*s/Michael A. Wasserman, Esq.*
**MICHAEL A. WASSERMAN, ESQ.**
mwasserman@800goldlaw.com
**Law Offices of Craig Goldenfarb**
1800 S Australian Avenue, Suite 400
West Palm Beach, FL 33409-6450

*Counsel for Plaintiffs VINCENT RAMSAY and ANNE RAMSAY as Co-Personal Representative of the Estate of HELENA RAMSEY, deceased*

*s/John E. Leighton, Esq.*
**JOHN E. LEIGHTON, ESQ.**
john@leightonlaw.com
**Leighton Law, P.A.**
1401 Brickell Avenue, Suite 900
Miami, FL 33131

*Counsel for Plaintiffs WILLIAM OLSON and MARIAN KABACHENKO*

*s/Adam Balkan, Esq.*
**ADAM BALKAN, ESQ.**
adam@balkanpatterson.com
**Balkan, Patterson & Charbonnet**
1877 S Federal Hwy Ste 100
Boca Raton, FL 33432-7466

*Counsel for Plaintiffs MELISSA FEIS, as Personal Representative of the Estate of AARON FEIS, deceased, and DEBRA HIXON, as Personal Representative of the Estate of CHRISTOPHER HIXON, deceased*

*s/Alex Arreaza, Esq.*
**ALEX ARREAZA, ESQ.**
The Law Office of Alex Arreaza
320 W Oakland Park Blvd
Wilton Manors, FL 33311-1710

*Counsel for Plaintiff ANTHONY BORGES*
