UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CONSOLIDATED ACTION

Case No. 18-62758-CIV-DIMITROULEAS

IN RE: MARJORY STONEMAN DOUGLAS
HIGH SCHOOL SHOOTING FTCA LITIGATION
_____/

## ORDER ON JOINT NOTICE OF SETTLEMENT OF COMMON BENEFIT FEE MOTION & MOTION TO VACATE HOLDBACK ORDERS, STRIKE ONE FILING, AND FOR RETENTION OF JURISDICTION

THIS CAUSE is before the Court upon the Joint Notice of Settlement of Common Benefit Fee Motion & Motion to Vacate Holdback Orders, Strike One Filing, and for Retention of Jurisdiction [DE 631], filed February 28, 2023.  The Court has considered the Joint Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Notice [DE 631] is **APPROVED**;

2. Pursuant to the parties' agreement, the Court's April 8, 2022, Order [DE 526] requiring the Respondents to temporarily hold back certain attorney's fees and all subsequent orders extending same are modified to permit the Respondents to comply with the parties' settlement agreement and disburse the remaining funds.

3. Pursuant to the parties' agreement, the Court strikes the chart at [DE 624-1].

4. Pursuant to the parties' agreement, the Court will retain jurisdiction to enforce the terms of the parties' written confidential settlement agreement and mutual release.

5. All pending motions are **DENIED AS MOOT**.

6. This case shall remain **CLOSED.**

**DONE and ORDERED** in Chambers, at Ft. Lauderdale, Broward County, Florida, this 28th day of February, 2023.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record